UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE K05-0005--CV (RRB)
"GERALD EDENSHAW V SAFEWAY INC ET AL"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 10/06/05
           Closed: NO

     Jurisdiction:  (4) Diversity (see citizenship of parties)
    PLF Diversity:  (1) Citizen of This State
    DEF Diversity:  (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit:  (360) Other personal injury

           Origin:  (2) Removed from State Court
           Demand:  100
       Filing fee:  Paid $250.00 on 10/06/05 receipt # 00126750
         Trial by:  Jury
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | EDENSHAW, GERALD | Peter R. Ellis<br>Ellis Law Office Inc<br>1285 Tongass Avenue<br>Ketchikan, AK 99901<br>907-225-9661<br>FAX 907-225-6086 |
| DEF 1.1 | SAFEWAY INC | Paul M. Hoffman<br>Robertson Monagle et al<br>801 W. 10th Street, Suite 300<br>Juneau, AK 99801<br>907-586-3340<br>FAX 907-586-6818 |
| DEF 2.1 | CARRS QUALITY CENTER | Paul M. Hoffman<br>(see above) |
| DEF 3.1 | SAFEWAY FOOD & DRUG | Paul M. Hoffman<br>(see above) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE K05-0005--CV (RRB)
                      "GERALD EDENSHAW V SAFEWAY INC ET AL"

                                For all filing dates
```

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 10/06/05
          Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (360) Other personal injury

          Origin: (2) Removed from State Court
          Demand: 100
      Filing fee: Paid $250.00 on 10/06/05 receipt # 00126750
        Trial by: Jury

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/06/05 | DEF 1 Notice of Removal from Superior Crt for SOA at Ketchikan case no 1KE-05-205CI w/att exhs. |
| 1 - 2 | 10/06/05 | DEF 1 Jury Demand. |
| 2 - 1 | 10/06/05 | DEF 1 Notice of compliance. |
| 3 - 1 | 10/06/05 | DEF 1 Attorney Appearance of P. Hoffman. |
| 4 - 1 | 10/06/05 | DEF 1 Certificate of svc of filing notice of removal. |
| 5 - 1 | 10/12/05 | RRB Minute Order to Petitioner Subsequent to Removal. Petitioner to file w/crt w/i 10days copies of state crt docs and svc list. |
| 6 - 1 | 10/26/05 | DEF 1 Notice of compliance. |
| 7 - 1 | 10/26/05 | DEF 1 Notice of filing state court records. |
| 8 - 1 | 10/31/05 | DEF 1 Notice of filing service list. |
| 9 - 1 | 11/08/05 | DEF 1 Amended Notice of filing State Court records. |
| 10 - 1 | 11/08/05 | DEF 1 Amended Notice of Compliance. |
| 11 - 1 | 11/10/05 | DEF 1-3 FRCP 7.1 Disclosure Statement. |
| 12 - 1 | 11/15/05 | DEF 1-3 motion for summary judgment and dismissal w/att memo & affs. |
| 13 - 1 | 11/28/05 | PLF 1 motion to extend time to respond to defendants' motion for summary judgment. |