**FILED**

**DEC 0 6 2005**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

1  Peter R. Ellis
2  ELLIS LAW OFFICES, INC.
3  1285 Tongass Avenue
4  Ketchikan, Alaska  99901
5  907-225-9661 Office
6  907-225-6086 Fax
7  elo@kpunet.net
8  Attorney for GERALD EDENSHAW
9  Alaska Bar No. 6503008

10     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA AT
11                              KETCHIKAN

12  GERALD EDENSHAW,            )
13           Plaintiff,         )
14       vs.                    )
15  SAFEWAY, INC., CARRS        )
16  QUALITY CENTER and SAFEWAY  )
17  FOOD & DRUG ,               )
18           Defendants.        )  CASE NO.K05-0005CV (RRB)
19  _____ )

20  **ORDER GRANTING MOTION OF PLAINTIFF FOR**
21            **TIME EXTENSION**

22  IT APPEARING TO THE COURT that the Plaintiff Motion To Extend
23  Time For Response To Defendant Motion For Summary Judgment
24  has been reviewed by the Court together with the Response of
25  Defendant and being otherwise advised in the premises and
26  finding reasonable cause justifying the motion IT IS HEREBY
27  ORDERED:

28  1.0    The Motion To Extend Time is granted.

29  2.0    The Plaintiff shall file a response to the Motion For
30  Summary Judgment on or before December 2nd, 2005, a Friday.

31  DATE: DECEMBER ___, 2005.

32                          UNITED STATES DISTRICT COURT FOR
33                          THE DISTRICT OF ALASKA

34                          By _____

35                          Ralph R. Beistline
36                          District Court Judge

ELLIS LAW OFFICES, INC.                Extension Of Time Request By Plaintiff
1285 TONGASS AVENUE           GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
Ketchikan, Alaska 99901                                    NOVEMBER 25, 2005
907-225-9661 FAX 907-225-6086                          Personal Injury Slip & Fall
elo@kpunet.net                                          CASE NO.K05-0005CV (RRB)

15

PD12-6-05

K05-0005--CV (RRB)
-------------------------------------
P. ELLIS
P. HOFFMAN                    ID:

Lodged  11-28-05