IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT KETCHIKAN

| | |
|---|---|
| GERALD EDENSHAW,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAFEWAY, INC., CARR'S QUALITY CENTER and SAFEWAY FOOD & DRUG,<br><br>　　　　　Defendants. | **FILED**<br><br>FEB 1 6 2006<br><br>UNITED STATES DISTRICT COURT<br>DISTRICT OF ALASKA<br><br>CASE NO.: 5:05-CV-0005-RRB |

### STIPULATION MODIFYING SCHEDULING ORDER

The parties herein, by their counsel, Peter R. Ellis, attorney for Plaintiff Gerald Edenshaw, and Paul M. Hoffman, attorney for Defendant Safeway, Inc., agree to modify paragraph (4) of the Scheduling & Planning Order issued by the Hon. Ralph R. Beistline on January 25, 2006 as follows:

Plaintiff shall make expert witness disclosures on or before August 24, 2006 and Defendant shall make expert witness disclosures on or before September 24, 2006.

This change is necessary for the parties to remain in compliance with date set forth in said Order for completion of discovery.

DATED: February 15, 2006

ELLIS LAW OFFICES, INC.

Peter R. Ellis, ABA #6503008
Attorneys for Gerald Edenshaw

DATED: February 13, 2006

ROBERTSON, MONAGLE & EASTAUGH

Paul M. Hoffman, ABA #7410083
Of Attorneys for Safeway, Inc.