**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  GERALD EDENSHAW   v.   SAFEWAY, INC., et al  

THE HONORABLE RALPH R. BEISTLINE

Deputy Clerk                                      CASE NO.  5:05-cv-00005-RRB 

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 16, 2006

    Parties Stipulation at Docket 21 to Modify this Court's Scheduling Order is GRANTED.  Discovery is modified as stated.

[ ]{IA.WPD*Rev.12/96}