IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT KETCHIKAN

| | |
|---|---|
| GERALD EDENSHAW,<br><br>                Plaintiff,<br>v.<br><br>CARRS QUALITY CENTER and<br>SAFEWAY FOOD & DRUG,<br><br>                Defendant. | Case No. 5:05-CV-0005-RRB |

**FILED**
AUG 1 2006
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

### NOTICE OF CHANGE OF ADDRESS

Please note the following change of address for the law firm of Robertson, Monagle & Eastaugh, P.C., and Paul M. Hoffman. Please direct all pleadings and other communications in this matter to Mr. Hoffman at:

Robertson, Monagle & Eastaugh
9360 Glacier Hwy., Ste. 202
Juneau, Alaska 99802

We will no longer be receiving mail at our previous address.

DATED: July 26, 2006

ROBERTSON, MONAGLE & EASTAUGH

Paul M. Hoffman, ABA #7410083
Attorneys for Safeway, Inc.

ROBERTSON, MONAGLE & EASTAUGH, P.C.
9360 Glacier Highway, Suite 202
Juneau, AK 99801
907-586-3340 (T)  907-586-6818 (F)

## Certificate of Service

On the 27 day of July 2006 a true and correct copy of the within Notice of Change of Address was served on the following attorney of record via U.S. First Class Mail, postage pre-paid

Peter R. Ellis, Esq.
Ellis Law Offices, Inc.
1285 Tongass Avenue
Ketchikan, AK 99901

and the original of same was filed with the United States District Court in Ketchikan via U.S. First Class Mail, postage pre-paid, addressed as follows:

United States District Court
District of Alaska
648 Mission Street, Room 507
Ketchikan, AK 99901

Anne O'Leary

2