Paul M. Hoffman, Esq.
Robertson, Monagle & Eastaugh
9360 Glacier Hwy., Suite 202
Juneau, AK 99801
(907) 586-3340 - phone
(907) 586-6818 - fax
pmhoffman@romea.com
Attorneys for Safeway, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

## AT KETCHIKAN

| | |
|---|---|
| GERALD EDENSHAW,<br><br>                Plaintiff,<br>v.<br><br>SAFEWAY, INC., CARR'S QUALITY CENTER and SAFEWAY FOOD & DRUG,<br><br>                Defendant. | Case No. 5:05-CV-0005-RRB |

### FINAL WITNESS LIST OF SAFEWAY, INC.

Safeway, Inc. provides notice that the following persons will be asked to testify in this case on the subjects on which they have already provided statements and affidavits to the parties or the parties have exchanged documents or as a witnesses information is referenced in those statements and affidavits:

1. Lance Lyons
   c/o The Landing Hotel
   3434 Tongass Ave.
   Ketchikan, AK 99901
   907-225-5166

Mr. Lyons is currently employed as an Assistant Manager at The Landing Hotel in Ketchikan. He was employed at the Safeway Store in Ketchikan as a checker, night manager, front end manager, shipping clerk and safety manager at the time of the incident underlying these proceedings. Mr. Lyons was present when plaintiff fell and will testify consistent with his statement and affidavit as to his recollection of the fall and the events surrounding same.

    2.    Leah Ibale
P.O. Box 6051
Ketchikan, AK 99901
907-247-6051

Ms. Ibale is currently employed as a checker at the Safeway Store in Ketchikan, as she has been since September 26, 2000, a period encompassing the incident underlying these proceedings. She was present when plaintiff fell and will testify consistent with her statement and affidavit as to her recollection of the fall and the events surrounding same.

    3.    Paul Denton
P.O. Box 9167
Ketchikan, AK 99901
907-617-7018

Mr. Denton is currently employed as a salesman at the Chevrolet dealership in Ketchikan. He was employed at the Safeway Store in Ketchikan as a front end manager, Second Assistant and then Assistant Manager at the time of the incident underlying these proceedings. Mr. Denton will testify consistent with his statement and affidavit as to his recollection of the fall and the events surrounding same. He

will also testify as to the policies and practices of Safeway, Inc. regarding maintenance and safety.

4.  Becky Crabtree
    3343 Denali Avenue or 675-A Blueberry Lane
    Ketchikan, AK 99901
    (907)225-7268

Ms. Crabtree is referred to as a witness to Mr. Edenshaw's fall and as someone who then observed the floor where he fell and saw nothing that could have made him fall. It is believed that when called to trial by subpoena she will testify consistent with those observations referenced in the written statements already provided to the opposing side.

5.  Brandon Romey
    350 Bawden #1
    Ketchikan, AK 99901
    (907) 225-8188

Mr. Romey is referred to as a witness to the condition of the area where Mr. Edenshaw fell in the minutes after the fall and that he also saw nothing that could have made Mr. Edenshaw fall. It is believed that when called to trial by subpoena he will testify consistent with those observations referenced in written statements already provided to the opposing side.

6.  Persons discovered hereafter who have information relevant to this claim.

7.  Persons named by any other party.

8.  Rebuttal witnesses as necessary.

DATED this 2nd day of October 2006.

ROBERTSON, MONAGLE & EASTAUGH

/s/ Paul M. Hoffman
Paul M. Hoffman, AK Bar No. 7410083
Attorneys for Defendant Safeway, Inc.

### CERTIFICATE OF SERVICE

On the 2nd day of October 2006, I served a true and correct copy of the within Final Witness List of Safeway, Inc. upon the following attorney of record via the CM/ECF filing system and U.S. First Class Mail, postage pre-paid:

Peter Ellis, Esq.
1285 Tongass Avenue
Ketchikan, AK  99901

and filed the original of same with the United States District Court at Ketchikan via the CM/ECF filing system.

/s/ Anne O'Leary
Anne O'Leary