Paul M. Hoffman, Esq.
Robertson, Monagle & Eastaugh
9360 Glacier Hwy., Suite 202
Juneau, AK 99801
(907) 586-3340 - phone
(907) 586-6818 - fax
pmhoffman@romea.com
Attorneys for Safeway, Inc.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

### AT KETCHIKAN

| | |
|---|---|
| GERALD EDENSHAW,<br><br>             Plaintiff,<br>vs.<br><br>SAFEWAY, INC., CARR'S QUALITY CENTER and SAFEWAY FOOD & DRUG.<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:05-CV-0005-RRB |

### MOTION FOR SUMMARY JUDGMENT

Comes now the defendant, Safeway, Inc., d/b/a Carr's Quality Center and Safeway Food & Drug, (herein Safeway), by and through its attorneys, Robertson, Monagle & Eastaugh, P. C., by Paul M. Hoffman to move the court to dismiss this action pursuant to Federal R. Civ. P. 56 and D. Ak. LR 7.1. This motion is supported by the Memorandum in Support of Motion for Summary Judgment, the Affidavits of Leah Ibale, Lance Lyons and Paul Denton, along with excerpts from the depositions of Plaintiff and his friend, Monica Wallace filed herewith demonstrating that Plaintiff

has no claim as a matter of law on the undisputed facts such that the claim should be dismissed with prejudice.

DATED this 3rd day of October, 2006.

ROBERTSON, MONAGLE & EASTAUGH, P.C.

By: /s/ Paul M. Hoffman
Paul M. Hoffman, ABA No. 7410083
Of Attorneys for Safeway, Inc.

CERTIFICATION OF SERVICE

I hereby certify that on the 3rd day of October, 2006 I served a true and correct copy of the **Motion for Summary Judgment** upon the following attorney of record via the CM/ECF filing system and U.S. First Class Mail, postage pre-paid:

Peter Ellis, Esq.
1285 Tongass Avenue
Ketchikan, AK 99901

/s/ Anne O'Leary
Anne O'Leary