Paul M. Hoffman, Esq.
Robertson, Monagle & Eastaugh
9360 Glacier Hwy., Suite 202
Juneau, AK 99801
Telephone: (907) 586-3340
Facsimile: (907) 586-6818
e-mail: pmhoffman@romea.com
Attorneys for Safeway, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

## AT KETCHIKAN

| | |
|---|---|
| GERALD EDENSHAW,<br><br>        Plaintiff,<br>v.<br><br>SAFEWAY, INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG,<br><br>        Defendant. | Case No. 5:05-CV-0005-RRB |

### AFFIDAVIT OF LEAH IBALE

STATE OF ALASKA    )
            ) ss.
FIRST JUDICIAL DISTRICT )

I, Leah Ibale, being first duly sworn upon oath, depose and state as follows:

  1.  I am a resident of Ketchikan, Alaska and have been employed by Safeway, Inc. ("Safeway") from September 26, 2000 to the present as a checker in the Safeway Store located at 2417 Tongass Avenue in Ketchikan. On May 10, 2003, I was working from 6:00 p.m. to midnight. I am not a party to these proceedings.

2. I make this affidavit at the request of the attorney for Safeway to set out my recollection of the events underlying this lawsuit. I have reviewed a written statement I made on May 13, 2003 to refresh my memory of this event. A copy is attached to this affidavit. The date on my statement is 05/13/02, but the year is actually 2003.

3. On May 10, 2003 I was in the front of the store working as a checker and had just sold cigarettes to a customer. I was walking back to my post at a cash register when I noticed a male customer leaving a checkout grab his groceries and walk sideways toward the door.

4. The man tripped and fell and I asked him if he was okay but he just got right up and left the store. I checked the floor and saw no item or condition that could have caused the man to trip or slip.

5. A few minutes later, a lady came to me and asked if I found something on the floor that made the man fall. I had not found anything and I told her so.

6. When I am selling cigarettes, I have to go back and forth from the check stand to the cigarette display cases. In doing that, as the store was then laid out, I walked across the same area of the floor where the man fell. There was nothing on the floor and the floor was in very good condition. The only thing that could have caused the man to fall from what I saw was that he was rushing and walking sideways.

7. The Assistant Manager, Paul Denton, came to the front of the store and asked us about the customer's fall. Lance Lyons, who had just checked the floor a few minutes earlier and I were the only employees who actually saw the man fall and were

right there.

8. In going from the check stand to the cigarette display stands, if I saw something on the floor, I would pick it up and properly dispose of it. If it was a spill that I could not just clean up, I would call for assistance to get an immediate cleanup. That is the policy of the store and has become my habit while working there.

9. A few days later after the date of the customer's fall, the Assistance Manager asked me to fill out an Employee Witness Statement, writing down what I saw. I did that on May 13, 2003.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 12 day of September, 2006.

BY: _____
Leah Ibale

SUBSCRIBED AND SWORN to before me this 14TH day of September, 2006.

_____

Notary Public, State of Alaska
My Commission expires: Feb. 10, 2007



# SAFEWAY INC.
## EMPLOYEE WITNESS STATEMENT

**Witness Name:** Leah (First) Ibale (Last)
**Address:** P O Box 6051 (Street) KTN (City) AK (State) 99901 (Zip)
**Home Phone:** (907) 247-6057   **Work Phone:** (907) 225-9880
**Social Security Number:** 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

Describe in detail what you witnessed. Include your opinions as to the cause of the incident.

I saw the man with his groceries on his hand walking sideward towards the door, then he tripped on the floor, I asked him if he's alright, he got up right away and left the store.

After few minutes, a lady approach me and asked if I found something on the floor that made the man fall, I said I don't see anything.

In fact, I just sold a cigarette and walk on the same place where he tripped. I think because he was in a hurry and walking sideward after he grabbed his groceries.

**Witness Signature:** [signature]   **Date:** 05/13/02

S 00026

**Customer Name:** _____   **Date of Loss:** _____   Page 4

LIABILITY DEPARTMENT COPY