Paul M. Hoffman, Esq.
Robertson, Monagle & Eastaugh
9360 Glacier Hwy., Suite 202
Juneau, AK 99801
Telephone: (907) 586-3340
Facsimile: (907) 586-6818
e-mail: pmhoffman@romea.com
Attorneys for Safeway, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

## AT KETCHIKAN

| | |
|---|---|
| GERALD EDENSHAW,<br><br>               Plaintiff,<br>v.<br><br>SAFEWAY, INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG,<br><br>               Defendant. | Case No. 5:05-CV-0005-RRB |

## AFFIDAVIT OF LANCE D. LYONS

STATE OF ALASKA       )
                               ) ss.
FIRST JUDICIAL DISTRICT  )

I, Lance D. Lyons, being first duly sworn upon oath, depose and state as follows:

      1.     I am a resident of Ketchikan, Alaska and was employed by Safeway, Inc. ("Safeway") from about June 5, 1996 through August 14, 2004 as a checker, night manager, front end manager, shipping clerk and safety manager at the Safeway Store located at 2417 Tongass Avenue in Ketchikan. I am not a party to these proceedings. I am presently employed at The Landing in Ketchikan.

2. I make this affidavit at the request of the attorney for Safeway to set out my recollection of the events underlying this lawsuit. I have reviewed a written statement I made on May 12, 2003 to refresh my memory of this event. A copy of my statement is attached to this affidavit.

3. On May 10, 2003 I was working at the front of the store as a checker. I had just crossed this area of the floor 5 minutes before the customer fell, and found it was clean and free of debris. The customer fell right behind me, which made a sound, so I immediately turned around and saw the man jump right up and head out the door.

4. Leah Ibale, a co-worker posted at a check stand, checked the floor right away and I checked it right after her while going to get cigarettes. Neither of us could find anything that would have caused the man to fall. There was no debris on the floor, no produce or produce marks and there were no wet spots. There were some black boot marks, as there usually are, from the boots of customers walking on the floor.

5. A woman came into the store to report that the man was injured. I notified the Assistant Manager, Paul Denton, of the incident and to come up front to take the lady's report as the check stands were busy at that time.

6. The area of the floor where the man fell was also checked by Brandon S. Romey, a 'courtesy' employee within five (5) minutes of the incident and Paul Denton took some photographs within seven or eight minutes of the fall. A customer in Leah Ibale's checkout line, Becky Crabtree, also witnessed the accident and commented on the fine condition of the floor.

      7.     As I was the Safety Manger at the time, I knew it was important to look at the floor where the fall happened and determine its condition. I also had Leah and Becky check the floor and I call Paul Denton to take pictures.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 12 day of September, 2006.

BY: _____
      Lance D. Lyons

SUBSCRIBED AND SWORN to before me this 12TH day of September, 2006.

_____
Notary Public, State of Alaska
My Commission expires: Feb. 10, 2007



# SAFEWAY INC.
## EMPLOYEE WITNESS STATEMENT

Witness Name: **Lance** (First) **Lyons** (Last)
Address: **622 Warren** (Street) **Ketchikan** (City) **AK** (State) **99901** (Zip)
Home Phone: (**907**) **247-4193**  Work Phone: (**907**) **225-9880**
Social Security Number: **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**

Describe in detail what you witnessed. Include your opinions as to the cause of the incident.

Around 7:30 a costomer fell just behind me, between the checkstands and the ciggarett cases. I turned directly afterwards to see the customer jump back up & head out the door. Leah (checker) checked the floor right after he was out the door. I checked the floor right after her while going to get ciggarettes. There was nothing on the floor, no wet spots, produce or produce marks, only black skid marks from shoes (those were up & down the front end). The customer and/or family members Apparently returned to report the injury. I called for Paul to complete this task because both Peter & I were busy in the checkstands. Brandon (courtisy) also checked the area within 5 minutes of the fall & Paul took pictures of the area within 7-8 minutes of the fall. Costomery Becky Crabtree (in Leahs line) also witnessed the accident and commented on the fine conditions of the floor. I had also crossed this section of floor within 5 minutes prior to the fall & the floor was fine

Witness Signature: _____ Date: **5-12-03**

Customer Name: _____  Date of Loss: _____  Page 4

LIABILITY DEPARTMENT COPY

S 00025

** TOTAL PAGE.03 **