Paul M. Hoffman, Esq.
Robertson, Monagle & Eastaugh
9360 Glacier Hwy., Suite 202
Juneau, AK 99801
Telephone: (907) 586-3340
Facsimile: (907) 586-6818
e-mail: pmhoffman@romea.com
Attorneys for Safeway, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

## AT KETCHIKAN

| | |
|---|---|
| GERALD EDENSHAW,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>SAFEWAY, INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG,<br><br>　　　　　　　　Defendant. | Case No. 5:05-CV-0005-RRB |

### AFFIDAVIT OF PAUL E. DENTON

STATE OF ALASKA　　　　　)
　　　　　　　　　　　　　) ss.
FIRST JUDICIAL DISTRICT　)

I, Paul E. Denton, being first duly sworn upon oath, depose and state as follows:

　　　1.　　I am a resident of Ketchikan, Alaska and was employed by Safeway, Inc. ("Safeway") from August 1, 1996 through January 6, 2006 as the front end manager, Second Assistant and then Assistant Manager of the Safeway Store located at 2417 Tongass Avenue in Ketchikan. I am not a party to these proceedings.

Presently I work for the Chevrolet dealership in Ketchikan as a salesman.

2. I make this affidavit at the request of the attorney for Safeway to set out my recollection of the events underlying this lawsuit. I have reviewed my statement and the reports noted below to refresh my memory of this event. A copy of my statement, the pictures I took on May 10, 2003, the Safeway customer accident report and the Safeway "sweep log" are attached to this affidavit.

3. On May 10, 2003 I was working in the back of the store when I was notified by Lance Lyons that a customer had fallen as he was leaving the store. I noted the time as being 7:25 in the evening as I directed one of the courtesy staff to obtain a camera and meet me at the front of the store.

4. At the front of the store a few minutes later, I took the camera and spoke with two employees, Lance Lyons and Leah Ibale, who had witnessed the accident and, after being assured that I was looking at the correct spot where the fall had taken place, I took several photographs of floor area. I also asked the employees if anyone had mopped or swept the area after the incident, and was assured the condition of the floor had not been changed since the fall. I looked for any object or item that could have caused the customer to slip or stumble and found none. There were several boot marks on the floor, but this was an everyday occurrence in a region where many people wear boots due to the local weather conditions.

5. I spoke with employees, Lance Lyons and Leah Ibale, both of whom had witnessed the fall or seen the immediate aftermath, and was informed that neither of them had seen anything on the floor and felt that the customer had tripped over his

Affidavit of Paul Denton
Page 2 of 4

own feet as a result of rushing and walking sideways. They both noted that the man picked himself up immediately and was limping when he left the store. Lance Lyons informed me that he had last crossed that area of the floor only five minutes prior to the fall, and the floor was clean and clear of debris. Lance also checked the floor right after the accident and ascertained that the floor was, indeed, clean and free of debris.

6. Shortly thereafter, a woman we assumed to be the customer's girlfriend returned to the store to report that the customer who fell was Gerald Edenshaw and that he had injured himself. I advised her through Peter Usher, the front end supervisor, that if Mr. Edenshaw was injured, he should seek medical attention. That was said out of concern for Mr. Edenshaw, not as a statement that the store was agreeing to pay for his medical care.

7. At shortly before 10:00 that evening, pursuant to company policy, I filed an online notice to the Liability & Claims Department in Seattle providing all information relating to the incident of which I was then aware. A copy of that document is also attached.

8. In the days following the accident, Lance Lyons, Leah Ibale and myself completed witness statements on company forms.

9. Safeway has a policy of having a person from the various departments during the day on a hourly basis, perform what we refer to as a "sweep," while completing a "sweep log" of all the locations in the store and noting it on a form. The attached sweep log form shows that Gary Watts began the sweep at 6 p.m. It takes some time to complete the sweep, as all areas have to be looked over and if anything

is found out of order, the person would clean or stay there while calling for help to correct the problem. In looking over the checkouts and entryways, the area where Mr. Edenshaw fell would have been checked and found clean or the area would have been cleaned at the time of that sweep. That would have been addition to the observations and attention checker such as Leah and Lance would have given the area.

    10.    All employees are trained to not pass-by items on the floor, but to either themselves or by calling for help, clean up any item found on the floor promptly, or guard the area until help arrives to do clean up. Lance and Leah had worked at the store long enough that I have confidence they would have picked up any item on the floor, had they seen it while going about their tasks, which included while crossing the area of Mr. Edenshaw's fall to get cigarettes for a customer.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 13 day of September, 2006.

BY: _____
Paul E. Denton

SUBSCRIBED AND SWORN to before me this 13‌ᵀᴴ day of September, 2006.



_____
Notary Public, State of Alaska
My Commission expires: Feb. 10, 2007

## PHOTO SHEET

RISK — MAY 19 2003 — MANAGEMENT

CLAIMANT: Gerald Edenshaw

STORE #: 1818    PHOTO BY: Paul Denton

CLAIM #: _____    DATE OF LOSS: 5/10/03    DATE TAKEN: 5/10/03






S 00011

| Date: 5/10/03 | | | | | Last Shop Score | | 8.25 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day of Week: Saturday | | | | | Current Average | | 8.08 | | | | | |
| | 9am | 10am | 11am | 12pm | 1pm | 2pm | 3pm | 4pm | 5pm | 6pm | 7pm | 8pm |
| Responsible Department | Bakery | PIC | Floral | Meat Seafood | Deli China | CC | Rx | PIC | HC | Pro | Cust Service | PIC |
| Total # Regular Orders In Line | 3 | 2 | 3 | 5 | 7 | 5 | 7 | 6 | 8 | 7 | | |
| # of Regular Checkouts Open | 2 | 2 | 3 | 3 | 3 | 3 | 2 | 4 | 5 | 5 | | |
| Average # in Regular Lines | .5 | 1 | 1 | 1.66 | 2.3 | .5 | .5 | 1.5 | 1.6 | 1.4 | | |
| Total # Express Orders In Line | 0 | 0 | — | 2 | 4 | 4 | 2 | 3 | 4 | 2 | | |
| # of Express Checkouts Open | 0 | 0 | — | 1 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| Average # in Express Lines | 0 | 0 | — | 2 | 2 | 1 | 2 | 3 | 4 | 2 | | |
| Parking Lot Clean | Y | Yes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Yes | | |
| Baskarts Collected < 10 | 4 | 6 | ✓ | 7 | 0 | 3 | 6 | 2 | 8 | 6 | | |
| Store Entryways Clean | Y | Yes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Floral Area Clean | Y | Yes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Produce Floor Clean | Y | Yes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Y | | |
| Meat/Seafood Counter/Flr Clean | Y | Yes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Dairy, Juice, Eggs Full | Y | Yes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Bread Full | Y | Yes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Bakery Area Clean Flrs/Donut Case | Y | Yes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Deli Area Clean Coffee Full | Y | Yes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Grocery Aisles Clean | Y | Yes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Y | | |
| No 6 Wheelers or Pallets on Floor | Y | Yes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Y | | |
| Bulk Coffee Area Clean | Y | Yes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Y | | |
| Restrooms Clean | Y | Yes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Y | | |
| Breakroom Clean | Y | Yes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Y | | |
| Major Ad Items In Stock: | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Employee Walking Floor Manager Initials | Ben | [sig] | [sig] | [sig] | Debbie | Kai | [sig] | Paul | [sig] | [sig] | | |

S 00017



# SAFEWAY INC.
## EMPLOYEE WITNESS STATEMENT

**Witness Name:** Paul (First) Denton (Last)
**Address:** Box 9167 (Street)   Ketchikan (City) AK (State) 99901 (Zip)
**Home Phone:** (907) 247-2369   **Work Phone:** (907) 225-9880
**Social Security Number:** 517 02 2600

Describe in detail what you witnessed. Include your opinions as to the cause of the incident.

After I was called about the accident, I had a courtesy grab a camera and meet me up front. I took pictures of the area, after asking Lance and Leah if I had the correct spot. I also asked if anyone had mopped or swept the area after the incident. I looked for anything that he could've slipped or stumbled on, but saw nothing on the floor.

We also do not have Mr Edenshaw address as he had someone else come into the store to report injury.

**Witness Signature:** Paul [signature]   **Date:** 5/20/03

S 00016

**Customer Name:** Gerald Edenshaw   **Date of Loss:** 5/10/03   Page 4

LIABILITY DEPARTMENT COPY

**Subject:** Customer Accident Report
**Date:** Sat, 10 May 2003 21:56:20 -0600 (MDT)
**From:** s1818c90@safeway.com
**To:** sea.liabilityclaims@safeway.com
**CC:** s1818c90@safeway.com

AKE

37222551

| Field | Value |
|---|---|
| Confidential Report | Print and file this report! This report is designed exclusively to assist our attorneys in defending lawsuits. This report is intended to be confidential, for transmission to and used by attorneys for Safeway Inc. in litigation arising out of any accident(s) reported herein. |
| District | 21 |
| Store | 1818 |
| Accident Date | 5/10/03 |
| Date Reported | 5/10/03 |
| Acc. Time | 725 |
| ampm | p.m |
| Claimant Name | Gerald Edenshaw |
| Sex | M |
| Claimant Address | unknown |
| City | Ketchikan |
| State | ak |
| Zip | 99901 |
| Home Phone | 9072475261 |
| Work Phone | |
| DOB or Approx Age | 4/23/58 |
| Soc # | 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 |
| Description of Acc. | customer tripped on his foot |
| Physical Location | in front of cigarette case behind ckstd5 |
| Witness Name1 | becky crabtree |
| Witness Addrress1 | |
| City | |
| State | |
| Zip | |
| Witness Phone1 | |
| Witness DOB or Approx Age1 | |
| Witness Soc #1 | |
| EE witness name | leah Ibale |
| EE witness name2 | |

S 00028

of 3    05/12/2003 7:11 AM

| | |
|---|---|
| EE witness name3 | |
| Witness Name2 | |
| Witness Addrress2 | |
| Witness Phone2 | |
| Witness DOB or Approx Age 2 | |
| Witness Soc #2 | |
| Weather Conditions | Sunny |
| Other weather | no rain for 15 days |
| Type of floor | Tile |
| Other floor | |
| Substance on floor | N |
| Describe Substance | |
| Foreign substance source | |
| Type of shoes | unknown |
| Skid marks | Y |
| Condition of floor | several skidmarks on floor on the front |
| Store have video? | Y |
| Captured on video? | N |
| Video picked up by | |
| Last inspect name | lance lyons |
| Time of last inspect | 718 |
| Sweep Log name | t/a down |
| Time from Sweep Log | ? |
| After incident inspect name | lance, leah |
| Time post incident inspect. | 730 |
| ampm | p.m |
| Customer comments | he limped out of the store and his girlfriend came back in to report it. |
| Describe cust. inj. | visible limb favoring hurt ankle |
| Medical attention? | Y |
| Medical assistance name | ketchikan general hospital |
| Sending photos | Yes |
| Sending statements | Yes |
| Sending sweep log | No |
| Sending T&A | No |
| Sending Service Walk Sheet | No |
| Sendin in other | |
| Report completed by | Paul Denton |

| Title | Assistant Manager |
|---|---|

S 00030

05/12/2003 7:11 AM