Page 1

1            IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF ALASKA AT KETCHIKAN

3  GERALD EDENSHAW              )
                                 )
4                                )
              Plaintiff,         )
5                                )
         vs.                     )
6                                )
                                 )
7  CARRS QUALITY CENTER and      )
   SAFEWAY FOOD & DRUG           )
8                                )
              Defendant.         )   No.   5:05-CV-0005-RRB
9  _____)  _____

10              DEPOSITION ON ORAL EXAMINATION

11                           OF

12                    GERALD EDENSHAW
   _____

13                       10:00 a.m.
                    September 11, 2006
14                   Best Western Hotel
                  The Landing Boardroom
15                 3434 Tongass Avenue
                   Ketchikan, Alaska 99901

16

17

18

19

20

21

22

23

24

25

Page 22

1  housekeeping if I remember right.  I'm 100 percent sure,
2  I think 2002 was housekeeping for Ingersoll Hotel.  I
3  don't know what they call themselves, R. N. Ingersoll was
4  the (indiscernible).
5  Q  How about work for WalMart?
6  A  Yes.  I think I started December might have been 2001
7     until August.  I know it was either 2001 or 2002 but I --
8     I know I worked for about eight -- eight and a half
9     months for WalMart as a cashier and did customer service
10    and layaways.
11 Q  Did you have any worker's compensation claims working at
12    WalMart?
13 A  No, I didn't.
14 Q  Do you presently shop at Carrs Quality Center Safeway?
15 10:31:41
16 A  Yes, I do.  Flies in here, I notice that.
17 Q  Before May of 2003 did you regularly shop at Carrs
18    Quality Center?
19 A  Did I shop at there regular?  Yes, I -- yes, I did.
20 Q  Okay.  And that's continued then right up to the present?
21 A  Yes.
22 Q  So in May of 2003 you were familiar with the layout of
23    the store, would that be accurate?
24 A  Yeah, I kind of knew where some of the things were there
25    when you would shop, you know, where the razor section's

Page 23

1     at or whatever.
2  Q  Okay.
3  A  I can't go in there and say I know where the heck
4     everything's at but.....
5  Q  But you knew the general layout?
6  A  Yes.
7  Q  Do you presently have a boat?
8  A  Well, yes.
9  Q  Go fishing?
10 A  No.
11 Q  Don't use the boat?
12 A  I -- my boat isn't here.  It's over in Klawock.  My
13    brother uses it.
14 Q  I see.
15 A  I left it there when I moved over here about '98.  He was
16    supposed to buy it, he never did he just uses it.  Can I
17    take 30 seconds so I can smoke, please?
18 Q  Sure.
19 A  If I may.
20    THE REPORTER:  Off record.
21    (Off record)
22    THE REPORTER:  On record.
23 Q  Working at the Alaska Ship and Dry Dock during that
24    period in 2003, other than effects on your left wrist and
25    forearm using the grinder, did you have any other

Page 24

1     problems, pains, aches, from that work?
2  A  Yeah, standing all -- all dang day kind of hurts your
3     feet and.....
4  Q  Do you have to wear big boots down there or heavy-duty
5     boots?
6  A  For your own protection, yes.
7  Q  Okay.
8  A  And standing all day it causes your legs to hurt just
9     like on your knees, your feet, (indiscernible) and that
10    constantly having to lean over giving you a sore back,
11    because you can't always get the equipment -- that
12    whatever you're in close enough to the ship to where you
13    can (indiscernible), then you'd have to extend down, and
14    that'll cause -- you have to lean over.  I'll tell you
15    what it was a, if I could be honest sir, it was a sucky
16    job.  That's why I got stuck with that, low man on the
17    totem pole, no pun intended on the totem pole.
18 Q  Since this injury to your left ankle at -- while working
19    for, I'm sorry, West Construction.....
20 A  West Construction?
21 Q  Right.  What physicians have you seen for that?
22 A  Lonnie Hill, Georg -- Georgio, and Dr. Bell.
23 Q  Did you say you didn't get referred to a different
24    physician for that outside of.....
25 A  Outside of KIC, they -- oh, yes for -- no, wait a minute,

Page 25

1     okay, we're talking about left, when my ankle twisted
2     about '03 I was referred to Doctor Schwartz.
3  Q  Okay.  At the moment I was asking you about 2006.
4  A  2006?
5  Q  Yes.
6  A  No, they didn't let me see -- wait a minute, 2006 is this
7     year, right?  I've only seen KIC personnel.
8  Q  All right.  Are you pretty good at drawing something out
9     for me?  Do you want to give it a try at least?
10 A  Yes.
11 Q  Okay.  What I'd like for you to do is I asked you a
12    little bit about the layout of the store and I'm talking
13    there've been changes to the store......
14 A  Oh, yeah, there's been drastic changes.
15 Q  .....since May of 2003.....
16 A  Yes.
17 Q  .....there have been changes.  So what I'm looking for is
18    if you can sketch at least the area that you remember as
19    it was in May of 2003 so that you can mark on there where
20    you fell, can you do that for me?
21 A  I can give it a shot, sir.
22 Q  Okay.
23    MR. ELLIS:  This is going to be your exhibit?
24 10:39:00
25    MR. HOFFMAN:  Probably.  Let's see how good it is.

Page 26

1  (Pause)
2  A  If I can remember right that's about what it looked like,
3     sir.
4  Q  All right.
5  A  This is front of Safeway. Back then I believe the doors
6     were in the middle of the building, parking lot's out
7     here and the entrance is towards the middle.
8  Q  All right. And you've written an E on there, right?
9  A  Entrance and exit. That's an entrance and exit there.
10 Q  All right. And parking lot, can.....
11 A  Parking lot is -- parking generally goes from all the way
12    out here all the way down.
13 Q  Parking lot.....
14 A  Waterfront -- waterfront's here and they had parking lots
15    in here all the way towards the gas station there I
16    guess, pretty big lot, it's all out front, parking.
17 Q  And you marked a W where the waterfront is, correct?
18 A  Over here is the waterfront, WF for waterfront.
19 Q  All right.
20 A  Yes.
21 Q  And then you've made a number of boxes.....
22 A  See right in here where the cashier's where the
23    registers, checkout stands.
24 Q  The little -- the boxes are representative of the
25    checkout stands?

Page 27

1  A  Yes.
2  Q  And you put an X?
3  A  That's about pretty close to right around there where I
4     was.
5  Q  Were you fell?
6  A  Yes.
7  Q  Okay. And what does it say next to it?
8  A  Right here, that's my initials.
9  Q  Oh, all right.
10 A  That's me.
11 Q  All right.
12 A  Mr. X.
13 Q  And on the wall away from the check stands past where you
14    were, is that where the cigarette cases were?
15 A  Yeah, I think they had their cigarettes were right --
16    right -- right around in here.
17 Q  Okay. Maybe just put C-i-g period in there.
18 A  Cigs.
19 Q  All right.
20 A  These are just really brief.
21 Q  No, I.....
22 A  There's no darn way I can sit there and tell you what was
23    where but I know the door was right around, right around
24    here, right around there is where I was going toward it
25    as I was exiting.

Page 28

1  Q  Okay. Now don't mark any more on that unless I ask you
2     to, all right, so we don't get too much stuff on it.
3  A  Got you.
4  Q  Of the two E's for exit and entrance, which is the exit,
5     do you recall?
6  A  I believe that back then the doors just opened.
7  Q  All right.
8  A  So actually.....
9  Q  So you could actually exit and entrance through either
10    one?
11 A  Yes, you can. The entrance and exit are both the same.
12 Q  All right.
13 A  It's one big -- two doors actually just open to the sides
14    if I remember back then.
15 Q  All right.
16 A  But everybody comes and goes through that same entrance.
17 Q  Do you recall which check stand you would have gone
18    through?
19 A  God dangit I can't even remember how many there were but
20    if I -- I think it might have been towards the end right
21    around maybe check stand two, possibly three.
22 Q  And.....
23 A  Because I know I had to go from this end all the way over
24    towards this way.
25    10:43:29

Page 29

1  Q  Okay. So of the check stands the one you would have gone
2     through you believe would have been one of the ones
3     second or furthest away from the door, the entrances, the
4     entrance/exit?
5  A  Yes.
6  Q  So coming out of the check stand you would have walked
7     out and then passed along the cigarette case and into the
8     exit is the way you would have been going to exit?
9  A  It was pretty close right around in that cigarette area.
10 Q  Okay.
11 A  By the cigarette display case, possibly right -- right
12    close to the end right in here.
13 Q  From the location of your fall do you have a recollection
14    of how far it was to the entrance/exit door?
15 A  Maybe about 15 feet.
16 Q  Are you pretty good at estimating distances?
17 A  Well, pretty close. I -- well, I worked in, well, yeah.
18 Q  You worked in what?
19 A  Well, I worked in a mill quite a few years ago back in
20    '79 and when you have lumber coming down, you have to
21    guess, I mean, pretty much know what length it is, you
22    know, certain amount of change but you can look up at it
23    and you get an idea.
24 Q  All right.
25 A  Pretty close to what length it is but you're not always

Page 30

1  right.
2  Q  Do you recall the distance in the width between the
3     cigarette case and the check stands?
4  A  I'd say about 12 to 16 feet maybe.
5  Q  Quite a big space?
6  A  Maybe. Well, actually I'd say roughly around 12 feet.
7  Q  Do you recall if there was anything that required you to
8     walk in one particular area of that 12 feet as opposed to
9     be able to move toward the check stands or toward the
10    cigarette case as you were heading out?
11 A  Well, once you're done shopping you never look around, I
12    don't, I just check out stand, I was heading towards the
13    door, kind of stay towards either the -- God dang it, not
14    that I can remember. I know -- I -- I don't recall
15    anything I'd have to go around.
16 Q  All right. Do you recall who the checker was that you
17    checked out through?
18 A  No. Not exactly. There's been so many people coming and
19    going from that place.
20    MR. HOFFMAN: Before we go on let me go ahead and have
21 this marked, what, three?
22                (Exhibit 3 introduced)
23 Q  Do you recall what you bought that day, May 10, 2003?
24 A  Well, if it was me and it was right around getting late
25    in the afternoon or close -- close to the evening, I

Page 31

1     usually get like soda and maybe like a pizzas or some
2     quick snacks for late night.
3  Q  You don't actually recall though?
4  A  Not exactly, no, sir. No. I just know I'm a junk --
5     junk food junky. I will go out late at night for
6     something like that for -- for my family and myself.
7  Q  Do you recall if there was anybody with you that night?
8  A  That night Monica came with me.
9  Q  And who is Monica?
10 A  My significant other, my girlfriend.
11 Q  And is she still your significant other?
12 A  Yes.
13 Q  Do you work with her over at KIC?
14 A  In the same building. I'm on the second floor, she's on
15    the fifth.
16 Q  Did she help you get a job over there?
17 A  No. Well, maybe she did, maybe she didn't but she just
18    said I could do the job. Maybe she did, I don't know,
19    but it's -- I've been going through college for business
20    -- business management, payroll, income tax, and
21    financial accounting I'm pretty sure got me that job.
22 Q  Okay. And you're going through that college now or you
23    did earlier?
24 A  No, I did when I first moved over here back in '98
25    through up till and part of 2001 at Robertson Building

Page 32

1     and the campus up on Seventh Avenue and I also took up
2     welding at that time.
3  Q  Had you applied for a job at KIC to do this billing at
4     any time before 2006?
5  A  I've applied for about -- I can't recall if that was the
6     exact job but it was -- in contract (indiscernible) so I
7     -- I know I applied for a job. I applied for about eight
8     or 10 jobs down there if not more.
9  Q  In 2006?
10 A  No.
11 Q  You mean over the years?
12 A  Over the years.
13 Q  At the time you fell where was Monica? Did you know?
14 A  She was -- because I talk, I like to talk to just about
15    everybody. She was standing by the door waiting for me.
16 Q  Do you recall actually looking at her and seeing her at
17    the doorway?
18 A  Yep.
19 Q  Was she looking at you?
20 A  Yeah. She giving me -- giving me why you taking so long.
21    Does that to me all the time because I like to shop.
22 Q  All right.
23 A  Of course, I don't like to shop like WalMart or anything,
24    because it's all clothing stuff and I'm not much for that
25    (indiscernible).

Page 33

1  Q  So you were behind and she was trying to hurry you up, is
2     that accurate?
3  10:50:34
4  A  She wasn't really rushing me, no, she just knows I like
5     -- I talk and -- but I never rush.
6  Q  Do you recall who you were talking to?
7  A  No, no, I don't. It's not really just talking, it's just
8     as -- as I'm going by or seeing people, hello, say hi to
9     people. I'm a people person. That's what they like
10    about me at WalMart. I can probably know about a million
11    people but I don't know them all by names. Some of them
12    may say it but I'll forget.
13 Q  At the time you fell were you carrying something?
14 A  My groceries.
15 Q  And how were you carrying your groceries?
16 A  Both hands to either side.
17 Q  Plastic bags?
18 A  Plastic bags.
19 Q  So you had something in each hand?
20 A  Yes.
21 Q  When you fell did you get up quickly?
22 A  Not exactly. No, I didn't.
23 Q  Did you.....
24 A  It all happened so fast and it seemed like the clock
25    stopped because it was embarrassing and I'm trying to get

### Page 34

1  up. That's -- I think that's why I really wanted to get
2  out of there because I was so embarrassed, falling, and
3  took about a minute or two maybe to get up. I don't know
4  exactly. I can't, like I say, I can't give you an exact
5  amount of time but like I said it seemed like slow motion
6  when you fall in front of people and it's just
7  embarrassing.
8  Q  Was it embarrassing because you tripped over your feet?
9  A  I wouldn't say I tripped over my feet. I didn't trip
10  over my own feet, no. It's embarrassing that I just
11  fell, period. Like I said, it was a slip and fall, I
12  slipped and I can't even remember exactly which way my --
13  my feet and hands and everything went but I -- it all
14  happened so fast I was on the floor and looking around
15  and trying to get up.
16  Q  When you fell did you fall forward or backward or to the
17  side?
18  A  Kind of a almost in a standing role when I slipped
19  because when I went down I remember -- my kind of like
20  groceries went kind of flying out this way and my legs
21  slipped and slided to the side if I remember right. But
22  it just all like I said happened so fast I can't describe
23  it which way and how. I just remember trying to turn and
24  get up so I couldn't have been -- I wasn't flat on my
25  face or my back I know that.

### Page 35

1  Q  Okay. Not flat on your face or flat on your back?
2  A  If I can remember I'm -- like I said it just happened so
3  fast I can't remember if it was, it just -- God, I think
4  I was more, a forward -- forward fall.
5  Q  At the time.....
6  A  It was so.....
7  Q  Okay.
8  A  Stuff like that you try to forget.
9  Q  At the time you fell were you walking or just standing?
10  A  I was walking to the door.
11  Q  Were you still talking to the people you'd been talking
12  to?
13  A  No.
14  Q  Were you looking back or looking forward?
15  A  Forward.
16  Q  As you were walking forward did you see anything on the
17  floor?
18  A  No, I was looking kind of more up toward Monica where she
19  was standing waiting for me.
20  Q  And you referenced earlier that you kind of turned to the
21  side to help yourself get back up, is that how you were
22  meaning it?
23  A  Yeah, to help myself up, not while I -- when I was
24  leading.
25  Q  All right. So you got back up on your feet?

### Page 36

1  A  Yes.
2  Q  And you continued on out the door, is that accurate?
3  A  A slower pace. My -- much, much slower. I was just
4  walking out normally and then after getting up I just
5  started going towards the door but I could feel that my
6  ankle was -- I had to have done something to my ankle
7  because it was hurting and I started limping toward the
8  door. And as I got just started getting close to the
9  exit on the outside, it started hurting really bad and I
10  couldn't even make it to the car very well. I had Monica
11  get the car and bring it over and I was worried about my
12  ankle and everything swelling up so I took my shoes off,
13  my left shoe, shoe, boot, whatever it was I had on.
14  Didn't want it to swell up on the inside or they would
15  have had to cut it off. The shoe, that's what they do,
16  they don't pull it off, they cut it off.
17  10:56:32
18  Q  So it was your left ankle that was hurting?
19  A  Yes.
20  Q  So you had twisted your left ankle in the fall?
21  A  Apparently, yes.
22  Q  Did you have any other things that were hurting as a
23  result of the fall as you were leaving the store?
24  A  At that time mostly I was concentrating on that was my
25  left ankle that hurt most and it's like it's the squeaky

### Page 37

1  wheel gets the most attention. At that time that's what
2  was bothering me the most.
3  Q  And where did you go from the store?
4  A  To the vehicle or Monica brought the car to me and we
5  went to the ER.
6  Q  At Ketchikan Memorial Hospital?
7  A  Ketchikan General.....
8  Q  General Hospital.
9  A  .....Hospital.
10  Q  Okay. And that was straight there?
11  A  Yes.
12  Q  Okay. Had you gotten authorization from KIC to go there
13  first, to go to the ER?
14  A  No, I didn't. I had Monica go back inside to let them
15  know that I injured my leg and it was hurting pretty bad
16  and she went in there and told them. She gave them my
17  name, phone number, address and stuff, and Monica came
18  back out and she said it was -- they okayed it for me to
19  go to the hospital, ER, and that's where we went.
20  Q  There when you were referencing you said your leg
21  hurting, earlier you said the ankle was hurting.
22  A  Well, it was just the ankle -- leg -- just the ankle was
23  hurting me at that time. Whenever I refer to something,
24  I just use the whole darn thing. But right at that time,
25  yes, it was my ankle.

Page 42

```
 1  A   Yes.  They've had several mistakes in regard to him and
 2      I.
 3  Q   When you say they you mean KIC.?
 4  A   Well, just, well, KIC people calling when I had a -- they
 5      call it colon collectomy (ph).  I was in the hospital and
 6      a lot of people got ticked off, you didn't tell me Gerry
 7      Edenshaw was in the hospital, and they came and said, oh,
 8      it's you?  Thanks a lot.
 9  Q   Okay.
10  A   Well, it was maybe not that bad though but you know they
11      said they were concerned because my father is like 70
12      years old.
13  Q   Right.
14  A   And he -- he's on oxygen 7/24, 24/7, whatever you want to
15      call it, pretty bad shape.
16  Q   Okay.  At this point so I don't you know, want to lose
17      time about things that are not involved in our case.....
18  A   Right, me either.
19  Q   Would you tell me what things in terms of medical
20      problems, health problems, pain that you have had or have
21      since May 10 of 2003 for which you are making a claim
22      here against Safeway?
23  A   It would be my left ankle and knee.  Mostly my knee.  I
24      had to have an arthroscopy done on it because of
25      cartilage tear.
```

Page 43

```
 1  Q   All right.  And those are the only two things, left ankle
 2      and knee, that's what we're going to talk about?
 3  A   That's all we're talking about, sir.
 4  Q   Because you've had right shoulder surgery, correct?
 5  A   I've had right and left.
 6  Q   And left?
 7  A   Yes.
 8  Q   Okay.  And you've had right leg or knee surgeries?
 9  A   The -- the knee was prior to 2003.
10  Q   Right.  On the right?
11  A   Roger that.
12  Q   Yeah.  And none of that is involved here in our case?
13  A   That's correct.
14  Q   All right.  So I'm going to just stick with talking about
15      the left ankle and left knee.
16  A   Yes.
17  Q   And then we got it covered?
18  A   Yes.
19  Q   All right.  Tell me how you hurt your knee in falling on
20      May 10, 2003.
21  A   It was a slip and fall and twist and my leg -- leg went
22      out and twisted slightly and it hurt my ankle mostly.  At
23      that time I thought it was just my ankle but with the leg
24      twisting like that, I know it hurt a little but I didn't
25      think it hurt it that much because I was mostly
```

Page 44

```
 1      concentrating on my ankle, like I said squeaky -- squeaky
 2      wheel gets the most attention.
 3  Q   Was it your -- you say you slipped, is that what you
 4      said?
 5  A   Yes.
 6  Q   Okay.  Which foot slipped the right or the left?
 7  A   I think it was the right.  Like I said, this all happened
 8      next thing you know I was on the floor so I can't say
 9      exactly which one might of first or backwards or
10      forwards.  It just -- it just all happened so fast I
11      can't really tell you exactly which one was first.  I
12      know, if I sit here for a while I might be able to but
13      it's a waste of time.
14  Q   Whichever foot slipped first, on what did it slip?
15  A   I'm -- from what I remember I don't know if it was like a
16      blueberry or blackberry or -- it just I know that when I
17      slowly getting up, I was looking around you know because
18      mostly to see who -- who the hell saw me fall but it was
19      like a little streak of something, like small berry or
20      whatever.  I don't know, could have been a berry, could
21      have been anything but it was like a small little ball of
22      streak.
23  Q   Okay.  So it was a little streak?
24  A   Looked like -- looked like it left a little streak if I
25      can remember.  I don't know.
```

Page 45

```
 1  11:10:14
 2  Q   You saw a little streak of something?
 3  A   I think it was, I'm not -- could have been flashing in my
 4      head, who knows, but I just know I fell and I fell for
 5      sure.
 6  Q   Did you touch the streak?
 7  A   No.  I still had most of my groceries in my hands.
 8  Q   Okay.  The groceries didn't fall out of your hands when
 9      you fell?
10  A   No.  You know, that was so fast I was on the floor.
11  Q   You kept them -- you kept holding onto the bags?
12  A   Kind of, I don't know.
13  Q   You don't remember having to like go around and retrieve
14      stuff to get it back in the bag?
15  A   I think I got a couple of things, I'm not a hundred
16      percent sure.  Man, that's like three years ago and like
17      I say something so damned embarrassing you try and forget
18      about that but it -- can't recall if one item fell out or
19      a bunch of them did but I just know getting up -- I was
20      just trying to get up and get out of there.
21  Q   And you're telling me today that on the day this happened
22      when it happened you were aware of there being a
23      blackberry or blueberry or something?
24  A   There was something.
25  Q   Something?
```

Page 46

1  A   I can't exactly -- if it could -- could have been a
2      berry, I just know it was small, small round you know
3      about like that size or something I guess, I don't know.
4      Could have just -- I seen something there but I -- wait a
5      minute. No, that's Monica telling me what she saw me
6      fall on. That's not exactly what I seen because I was
7      just walking out and fell and that's all that stuck in my
8      head because she tried describing something to me so
9      mostly I was.....
10 Q   What you're telling me now is what she described for you
11     or what you remember?
12 A   That's the part I'm having a problem with like who's
13     because I know she -- I know she described it to me as
14     well. Getting up -- I don't -- I can't recall hundred
15     percent if I told her anything. I just like I said I
16     just remember trying to get the heck out of there and if
17     I remember right I guess if what the hell did I fall on
18     or what.....
19 Q   Now the thing that you saw did you step on it or is that
20     something that you saw as you were getting up?
21 A   It was something I slipped on because I had to slip on
22     something. I just don't walk out a door and just fall.
23     But she's the one that described it, yeah, she describes
24     seeing something but.....
25 Q   All right. Let's let her do that for us, all right?

Page 47

1  A   You do that then.
2  Q   Okay. The black streak on the floor could that have been
3      a black boot mark?
4  A   Not the kind of boots I wear.
5  Q   No, not your boot somebody else's boot maybe left a mark
6      on the floor.
7  A   I have no idea. Any kind of -- anything could have left
8      a mark or if there was even a mark. Like I said, getting
9      up, trying to get out, anything like a small line could
10     have looked like that you know because a crease in the
11     floor but I don't know.
12 Q   All right.
13 A   I'm getting a little irritated. I'm sorry. Trying to
14     remember all that crap. Like I say try to forget
15     something like that when you get out of there.
16 Q   Now if you'd slipped on something on the floor and you
17     knew it at the time, wouldn't you have been upset at
18     Safeway right then and there instead of embarrassed?
19 A   No. No, I was just too darn embarrassed, I wanted to get
20     the heck out of there and it started hurting as I was
21     walking out so I told her to go back in to tell somebody.
22     I get embarrassed easy. I'm sorry. I -- I fall in front
23     of somebody I want to you know -- especially in a real
24     public area, it's just embarrassing.
25 Q   When you got out.....

Page 48

1  A   You never think about the consequences until it's too
2      damn late.
3  Q   When you got out to the car did you talk to Monica about
4      the fall before she went back in?
5  A   I told her when I fell in there I hurt my ankle and would
6      you please tell them that I need to see somebody.
7  Q   Did you talk about why you had fallen with Monica before
8      she went back into the store?
9  11:16:13
10 A   I don't recall. I -- I just know I told her to get the
11     car, get me in and pull over by the door and tell
12     somebody that it's -- my ankle needs to be attended to.
13     MR. HOFFMAN: Let's take a break at this point.
14     MR. EDENSHAW: Thank you. I was going to ask.
15     THE REPORTER: Off record.
16     (Off record)
17     THE REPORTER: You're on record.
18 11:24:53
19 Q   Mr. Edenshaw, in looking at what we've marked here as
20     defendant's exhibit 3 which is your drawing, we've
21     already said that this is not to scale, of course.
22 A   Roger that.
23 Q   Right. Do you recall about how far you were from the
24     check stand where you checked through to where you fell?
25 A   I don't know exactly. No, I can't, because I'd be having

Page 49

1      to turn around back and look so I don't recall exactly
2      how far it was from there, between there and the door.
3  Q   Okay. Do you don't recall if you'd just taken just a
4      step or two or taken 10 steps?
5  A   No, I'm -- that'd be pretty anal I think to have to sit
6      there and count how many steps you went before you left
7      somewhere. No, I didn't. I couldn't tell you exactly
8      how many steps I took.....
9  Q   Okay.
10 A   .....before I fell. Just -- that'd be just guessing and
11     I'm not about to guess.
12 Q   Yeah, let's not guess today. Do you recall what you'd
13     done that day, May 10, 2003, before you went to the
14     store? How did you occupied yourself during that day?
15 A   No, I don't.
16 Q   Do you recall what kind of clothing you were wearing?
17 A   Well, normally I.....
18 Q   Not normally, do you remember what you were wearing that
19     day?
20 A   Not exactly, no. Blue jeans, I usually wear blue jeans.
21     No, I'd be guessing again. I can't tell you exactly what
22     I was wearing, what kind of clothes I.....
23 Q   You mentioned that you took off your shoe when you got
24     into the car, is that right?
25 A   I did say shoe, yes. I meant boot. I wear boots.

**Page 50**

1  Q  What kind of boot were you wearing?
2  A  Cowboy boot.
3  Q  A cowboy boot?
4  A  Roger that.
5  Q  Okay. And what kind of heel does it have on it?
6  A  Standard cowboy boot heel. I don't know exactly, I can't
7     say what kind of fabric or whatever it was made out of.
8     No, I can't tell you that I just know it was a boot.
9  Q  A standard height of cowboy boot heel?
10 A  Yes.
11 Q  As opposed to a short heel?
12 A  Just a standard boot. I don't know, sometimes they're
13    high, sometimes they're low.
14 Q  Do you recall where you bought the cowboy boot you were
15    wearing that day?
16 A  That boot? No, I can't tell you exactly where. There's
17    only two places you could have got them back then -- no,
18    Tongass, yes, Tongass -- Tongass Men's Wear because
19    WalMart didn't start carrying boots until about a year
20    and a half ago and they only kept them for a few months.
21    So it was Tongass Men's Wear.
22 Q  And do you recall though buying that particular or you're
23    just saying that's where you got them?
24 A  No, that's -- that particular boot, Tongass Men's Wear.
25 Q  Do you know who manufactures it?

**Page 51**

1  A  Acme. A-c-e-m-e -- A-c-m-e, Acme. They were the only
2     ones they had back then. Yeah, Acme boots.
3  Q  Do you know how long you'd had that boot at the time on
4     May 10, 2003?
5  A  No, I don't.
6  Q  You still have the boot?
7  A  No, I don't. Tragically the kind of boots you get in
8     this area, they -- the soles don't last long.
9  Q  When you were shopping that day, May 10, 2003, you said
10    you were with Monica, did you recall seeing anybody else
11    in the store that you knew?
12 A  That I knew?
13 Q  Right.
14 A  God, like I said I know so darn many people but a lot of
15    them just by -- just by their face -- Mr. Usher, Peter
16    Usher.
17 Q  Do you recall talking to him that day?
18 A  Well, I think it was like hi, how are you doing. He's
19    pretty brief about a lot of things when he's working.
20 Q  Anybody else you recall that day seeing in the store?
21 A  Not exactly, no. I can't recall. Just Monica and I just
22    shopping and trying to get out of there because like I
23    said she don't like being in the store. Mr. Usher, no I
24    can't really recall anybody else.
25 Q  Do you recall how long you'd been in the store?

**Page 52**

1  A  Maybe about 15 or 20 minutes. Like I said just usually
2     like to get in there and get something to snack on and
3     go. About 15 or 20 minutes.
4  Q  Do you recall what your plans were after leaving the
5     store that day?
6  A  Just, nope, just go home and watch movies or tv.
7  Q  Is Peter Usher related to you somehow?
8  A  He -- yes, he is.
9  Q  How is he related to you?
10 A  He told me that through -- his mother was raised
11    somebody in my family but I didn't find that out until
12    about a year and a half ago or so, year and a half, two
13    years. So I didn't even know exactly who he was until
14    later on when he told me because he said Mr. Edenshaw --
15    because he was under Usher, Peter Usher, I'm not related
16    to an Usher, he said, well, my name used to be Edenshaw.
17    Never got into why he changed his name, it's none of my
18    business.
19 Q  When -- after the date of the accident, May 10, 2003,
20    when did your knee first start hurting, your left knee?
21 A  God, I can't recall exactly because -- could have been
22    about a month or so, I don't know. I just know just
23    walking started hurting more than it should have. I
24    thought that after about a month -- month or two that
25    it'd go away because when you slip and fall sometimes you

**Page 53**

1     like pull a muscle or something and -- but it just kept
2     getting worse and that's when I sought medical attention.
3  Q  So when it got worse you went to get medical attention?
4  A  Yes, I asked I'm going to have to see somebody about my
5     knees.
6  Q  Did you see somebody at.....
7  A  KIC.
8  Q  .....KIC?
9  A  KIC.
10 Q  Okay.
11 A  A lot of the times they ended up putting me with Lonnie
12    Hill.
13 Q  Who is Lonnie Hill?
14 A  She is an LPN, I think she's an LPN at KIC, Ketchikan
15    Indian Community. Yeah.
16 Q  Didn't you go to see KIC about your left knee about a
17    different incident in September of 2003, not about the
18    fall in Safeway?
19 A  Not that I can remember.
20 Q  In September of 2003 do you recall that you twisted your
21    left knee running up some stairs?
22    11:34:33
23 A  I don't remember exactly, no.
24 Q  Do you remember running up some stairs and twisting your
25    left knee?

Page 78

1  surgery, correct?
2  A  Page 14 -- left shoulder.
3              (Exhibit 14 introduced)
4  Q  October 28, 2003.
5  A  Schwartz, 10-27, 2003.
6  Q  Okay. If you'll look at what we marked as 15.
7  A  Left shoulder.
8  Q  At the top of 15 there's a pre-operative diagnosis and a
9     post-operative diagnosis. You see that?
10 A  Impingement syndrome.
11             (Exhibit 15 introduced)
12 Q  And acromioclavicular joint arthritis.
13 A  Yep, that's what it says.
14 Q  Okay. It doesn't anything about a torn rotator cup?
15 A  I don't know why, I remember him saying -- mentioning it
16    though, more like because I know he said something about
17    a rotator cup. That's all I can remember. Why would I
18    say it if I didn't hear it?
19 Q  Do you think perhaps you heard it from him when he was
20    trying to figure out what was wrong?
21 A  Could have been. I'd be guessing again but, yep pretty
22    sure, could have been.
23 Q  Okay.
24 A  (Indiscernible). Sorry about that. I was describing how
25    they did the.....

Page 79

1  Q  Surgery, on your left shoulder.
2  A  Uh-huh (affirmative). Right, arthroscopy.
3  Q  Much earlier we talked about your having worked at
4     WalMart, you think you worked there for about eight
5     months or so, you'd said.
6  12:37:15
7  A  About eight, eight and a half months. It was about
8     somewhere around the middle of December maybe right
9     around there until August of that following year.
10 Q  And then why did you leave that employment?
11 A  Personal, family. My daughters getting in trouble. I
12    just kept missing work because I was off gone, trying to
13    find them running away.
14 Q  So you were missing work and they asked you to leave or
15    you just quit?
16 A  They -- I was going to quit when they told me I'm fired,
17    because I told them I -- I can't handle it, missing too
18    much work but they said I'm terminated because missing
19    too much work having to -- but I told them why.
20 Q  Okay.
21 A  They said that's unexcusable [sic] well I said, that's
22    just tough my family comes first.
23 Q  Earlier we talked about your thinking there was something
24    like a blueberry or something on the floor where you
25    fell, correct?

Page 80

1  A  Uh-huh (affirmative).
2  Q  Whatever it was that was on the floor, do you have any
3     idea how long it had been there at the time that you
4     fell?
5  A  How long -- I'm just leaving. I'd be just guessing and I
6     have no idea.
7  Q  Were you wearing your glasses that day?
8  A  I always do when I'm out.
9  Q  And what is your vision? Are you near-sighted, far-
10    sighted?
11 A  Pretty much near. Have to have glasses for distance.
12 Q  Okay. Do you wear bifocals?
13 A  I -- I have to wear reading glasses when I wear contacts
14    to read up close.
15 Q  Okay.
16 A  But that just started about a few months ago when I got
17    my new prescription.
18 Q  The bifocals or the reading glasses?
19 A  The reading glasses.
20 Q  Okay. So the glasses you're wearing now are for to help
21    you with vision at a distance?
22 A  Distance.
23 Q  Okay. And things up close you take off your glasses
24    because you can see them up close without glasses, is
25    that right?

Page 81

1  A  I'm talking within a foot like right here. That's the
2     only time I'll have to take them off. Anything you know
3     is out past this point I can leave them on. If I have to
4     say like right here then I'll have to take them off
5     because it's slightly blurred.
6  Q  Okay.
7  A  Everything past that I can still see.
8  Q  And so were you wearing these glasses or these same
9     prescription type glasses at the time that you fell at
10    Safeway?
11 A  That was 2003. No, this is a new prescription.
12 Q  Do you know what's different? Is it just stronger but
13    the same type?
14 A  These -- these are a little -- these are a little
15    stronger.
16 Q  All right.
17 A  About this. I go on and on. I'm sorry.
18    (Indiscernible).
19 Q  The location where you fell in Safeway on May 10, 2003,
20    do you know when that area had last been inspected by a
21    Safeway employee for things on the floor?
22 A  No, I don't.
23 Q  When you were walking out did -- was there someone,
24    anyone between you and Monica who was at the door?
25 A  Not that I recall, no.

21 (Pages 78 to 81)