Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF ALASKA
 3                        AT KETCHIKAN
 4   GERALD EDENSHAW              )
                                  )
 5                                )
               Plaintiff,         )
 6                                )
         vs.                      )
 7                                )
                                  )
 8   CARRS QUALITY CENTER and     )
     SAFEWAY FOOD & DRUG          )
 9                                )
               Defendant.         ) No.  5:05-CV-0005-RRB
10   _____    )_____
11            DEPOSITION ON ORAL EXAMINATION
12                          OF
13                   MONICA WALLACE
     _____
14                      10:00 a.m.
                    September 12, 2006
15                  Best Western Hotel
                 The Landing Boardroom
16                 3434 Tongass Avenue
                  Ketchikan, Alaska 99901
17
18
19
20
21
22
23
24
25
```

Page 6

```
 1  Q   Did.....
 2  A   That was a long time ago, too.
 3  Q   All right. Did you ever get a degree?
 4  A   No.
 5  Q   What was your work experience, and maybe just
 6      tell me where you're working now and then.....
 7  A   I'm working for Ketchikan Indian Community as an
 8      accounts payable clerk. And I've been there for
 9      about almost five years.
10  Q   And what -- tell me a little bit about what the
11      duties are for accounts payable clerk?
12  A   I receive all invoices and pay them. And I do a
13      bunch of GJs, I also am the accounts receivable
14      clerk and I enter all the checks online.
15  Q   What kind of invoices are we talking about?
16  A   I do L through......
17  Q   For what kinds of things, you know?
18  A   Yeah. I do L through Z, like Tatsuda's,
19      ProMech, Petro Alaska, Petro Marine.
20  Q   All right. I get the idea. And you mentioned
21      you did GJs or something?
22  A   Yeah, I do GJs.
23  Q   What does that mean?
24  A   I transfer money when, like if somebody paid
25      from the wrong account and nobody caught it, I
```

Page 7

```
 1      would transfer it from that account to the
 2      correct one.
 3  Q   And GJ meaning General Journal?
 4  A   General Journal, yeah.
 5  Q   All right.
 6  A   Yeah.
 7  Q   What was your training for that employment?
 8  A   I actually started out as the finance clerk. I
 9      also took some accounting. I used to run a
10      daycare and take care of the books, payroll,
11      taxes for the government, everything.
12  Q   All right. And what employment did you have
13      before you went to work for KIC?
14  A   I worked at the hospital as a rehab assistant
15      for about a year. And then, before that, I
16      owned a daycare, I think for about eight years.
17  Q   And that was here in Ketchikan?
18  A   Yes.
19  Q   And hospital rehab, are you talking about
20      Ketchikan General Hospital?
21  A   Yes, Ketchikan General Hospital. I was like the
22      physical therapy assistant. I mainly took care
23      of their billing, and everything like that. And
24      then if they needed help with patients, I would
25      help.
```

Page 8

```
 1  Q   All right. You mentioned that you didn't
 2      remember the date of this event. Do you have
 3      some actual memory today of the event still?
 4  A   Oh yeah.
 5  Q   I know it was three years ago.
 6  A   Yeah. Well I remember it. It seems like it was
 7      spring or summer. I can't -- it was packed in
 8      there and it was real nice outside. I remember
 9      that.
10  Q   And real nice outside meaning what?
11  A   Beautiful, sun shining, unusual.
12  Q   All right. I'm going to tell you the date is
13      May 10, 2003. Does that seem to make sense?
14  A   Could be, yeah.
15  Q   Okay. Do you remember what you had been doing
16      that day before you went to Safeway?
17  A   No, I don't.
18  Q   Do you remember what day of the week it was?
19  A   No.
20  Q   You recall being with Mr. Gerald Edenshaw?
21  A   Yes.
22  Q   And do you remember being in the store with him?
23  A   Yes.
24  Q   Do you remember what was purchased?
25  A   No.
```

Page 9

```
 1  Q   Do you remember how long you had been in the
 2      store?
 3  A   Probably forever. He likes to shop and check
 4      everything out so we were in there a long time.
 5      He likes sales. It seems like it was a weekend
 6      though, because it was packed in there, I
 7      remember that.
 8  Q   All right. And Mr. Edenshaw likes to talk with
 9      people too?
10  A   Yes, everybody.
11  Q   So the shopping involves talking to people as
12      well?
13  A   Uh-huh (Affirmative).
14  Q   Meaning yes?
15  A   Yes.
16  Q   You know, for the record, when he's recording,
17      uh-huh (affirmative), you can't always tell
18      later if that's a yes or a no.
19  A   Okay.
20  Q   So we have to do the yes and no.
21  A   Okay.
22  Q   All right. Do you remember going through the
23      checkout stand?
24  A   Yeah. I remember being there and he was paying.
25      And I walked out ahead of him because I was -- I
```

Page 10

1  don't know. I don't like to be in the grocery
2  store. So when we were at the counter, I
3  remember I turned around and headed out the
4  door.
5  Q  All right. Do you remember who the checker was
6     that you had?
7  A  No. I didn't know a lot of people at the store.
8  Q  In terms of, you know, how the store was laid
9     out, you said you were walking -- you walked
10    out.....
11 A  Yeah.
12 Q  .....as he was paying? Is that kind of the way
13    it was?
14 A  Yeah.
15 Q  Okay.
16 A  And I think there was a clerk bagging.
17 Q  All right.
18 A  I think so.
19 Q  You don't really remember?
20 A  Un-huh. (Negative). I don't really pay
21    attention to a whole lot. That sounds good.
22 Q  In terms of -- there were a number of check
23    stands, correct?
24 A  Yes.
25 Q  Okay. In terms of closer or further away from

Page 11

1  the door, do you remember which check stand it
2  was?
3  A  I think we were within the first three to five.
4     We were kind of like towards the middle, I
5     thought, because I had to walk a little bit
6     towards the door. And then when I got to the
7     door I turned to see at what point he was. And
8     he was packing the grocery bags in both hands. I
9     remember he had both hands full, and he slipped
10    and went down. And I -- I remember, when I
11    turned around, I mean, that's right when I saw
12    him fall, is like he was just leaving the
13    counter holding all these bags and he slipped.
14 Q  Okay. When you say holding all the bags, how
15    many bags do you remember?
16 A  I think in each hand he had maybe two or three.
17 Q  And these are the plastic shopping bags?
18 A  Yeah, the plastic bags.
19 Q  Okay.
20 A  I think he had a couple in each hand. I don't
21    remember. I remember he had bags in both hands,
22    but I don't know how many.
23 Q  All right. And you say you -- you had left at
24    that same check stand. You.....
25 A  Yes. I walked.....

Page 12

1  Q  .....left from there to go to the door.
2  A  Yeah.
3  Q  Okay.
4  A  And when I got to the door.....
5  Q  All right.
6  A  .....I turned around to see how far along he
7     was.
8  Q  All right. When you're sitting here and you
9     move your head, that doesn't show for the court
10    reporter, or would show later. So you kind of
11    turned your head.....
12 A  Yeah, I turned to the right because the counters
13    -- when you're walking out the door, the
14    counters are behind you that way, towards the
15    right.
16 Q  All right. So you'd have turned around to the
17    right, turned your head.....
18 A  Yes. I turned to the right to see where he was
19    and he was leaving.
20 Q  He was just leaving the check stand at that
21    time?
22 A  Yeah, he was right along even with it, I think.
23    And then he slipped and went down and it was
24    packed in there, and I was like, uh-oh.
25 Q  All right. When you walked from the check stand

Page 13

1  to the door, had you seen anything on the floor?
2  A  I don't think I paid attention to the floor. I
3     just kind of wanted to get out of there. So I
4     just left.
5  Q  When you looked back, kind of over your right
6     shoulder at him now starting to come from the
7     check stand, did you give him that -- a grimace,
8     like get going?
9  A  Yeah. I kind of was making sure he wasn't
10    talking to anybody, because I'd be waiting
11    again. So I turned around to see where he was,
12    but as I was turning around I saw him go down.
13 Q  Okay. So he was actually going down as you
14    turned around to see.....
15 A  He just -- it was kind of funny because he just
16    started as I turned and I saw him fall and I was
17    like, oh shit -- I mean, oh darn. And then --
18    and then I watched him and his -- and it kind of
19    was like his legs spread and his hands went down
20    to stop him.
21 Q  So he did like the splits? Is that what you're
22    saying?
23 A  Almost, something like that. I wasn't -- I
24    wasn't real sure. I mean, I was actually almost
25    going to start laughing until I saw that he was

Page 14

1  hurt. And I was like, oh, I felt bad. But it
2  was packed in there and he got up real quick.
3  Q  Okay. He didn't fall, like slipping on
4     something, falling backwards so he landed on his
5     back?
6  A  No, he was like falling forwards.
7  Q  All right.
8  A  Because he landed on his hands, that's what I
9     thought.
10 Q  And do you remember if the bags of groceries
11    went flying or did he keep a hold of them?
12 A  I don't remember on the groceries. I just -- I
13    remember seeing him and I remember watching him
14    get up real quick.
15 Q  Okay. So he would have gotten up quickly and he
16    wasn't then moving around picking things up to
17    get them back in bags. He got up and just kept
18    coming. Is that what you're remembering?
19 A  I don't know if he did or not. I know he got up
20    real fast and I kind of looked around because it
21    was so packed in there. And I was like, man.
22    And I didn't know who had seen it. And he came
23    towards me and we got in the car and he's like,
24    I can't drive. I hurt my leg. And I said okay.
25 Q  Who's car was it?

Page 15

1  A  Mine.
2  Q  What car was that?
3  A  What did I have then? I think I had a red
4     truck.
5  Q  Do you remember what kind?
6  A  I'm a girl. It was a red truck.
7  Q  Okay. Do you remember how far away from the
8     door -- where you were coming out of Safeway,
9     how far away you were in the parking lot?
10 A  No. Not too far away. And I remember we got in
11    the car.
12 Q  So you were in -- did you kind of wait at the
13    door until he caught up to you or did you keep
14    going?
15 A  I waited.
16 Q  Okay. So then he caught up to you by the
17    doorway and then you went out to the car
18    together. Is that right?
19 A  I can't remember if I went out to the car with
20    him or not. I think so. But then when we were
21    pulling out he said you need to go in there and
22    tell somebody in there I hurt my leg.
23 Q  Okay. So you'd already started the car, then?
24 A  Yeah. And I was getting ready to drive off and
25    he said you need to go in there an tell them I

Page 16

1  hurt my leg. He said, I need to get it checked.
2  I hurt it bad. And I was like, I don't want to
3  go in there, it's packed, I don't know who to
4  talk to. And he was like, please go in there.
5  So I did and I was looking around for somebody I
6  knew and I knew Pete Usher. I've known him a
7  long time and I went up to him and I said Jeremy
8  fell.....
9  Q  Jeremy?
10 A  Huh?
11 Q  Jeremy is your name for.....
12 A  Yeah.
13 Q  For Gerald Edenshaw?
14 A  Yeah. Jeremy, Jughead, yeah.
15    MR. EDENSHAW: Thank you.
16 A  Todd, no. But I told Pete, Jeremy fell, I said
17    and he hurt his leg. And Pete said okay, hold
18    on. He said I heard that already. And he made
19    a phone call, and I don't know who it was to, I
20    didn't say who are you calling. And then he
21    said take him to the emergency room and I said
22    okay.
23 Q  All right. And then you left?
24 A  Yeah.
25 Q  Okay. When you went back in, did -- let me

Page 17

1  start back a little bit. When you say he hurt
2  his leg, are you meaning he hurt his leg or did
3  he say hurt his ankle?
4  A  I don't even remember what he hurt. I know he
5     hurt something because he was limping and he
6     could barely walk.
7  Q  Do you remember which -- which side it was on,
8     the left or the right?
9  A  No, I don't. I just remember I was not happy to
10    have to be the one to go in a say, Gerry's hurt.
11 Q  When you went -- when you saw him fall, you
12    didn't -- at the doorway when you turned and saw
13    him fall, you didn't walk back to where he'd
14    fallen?
15 A  No, and I should have. Because when I saw him
16    fall and get up, coming towards me, I was still
17    watching him, and I saw something on the floor.
18    It looked like a little black dot or something.
19    But from where I was I couldn't tell what it
20    was. But I thought maybe it was a grape. I
21    wasn't sure 100 percent, but I knew he slipped
22    on something. I just -- I should have went back
23    and checked, but I didn't think it would really
24    matter. I mean, I saw it and then we went out
25    to the truck and he was in a lot of pain and

5 (Pages 14 to 17)

Page 18

```
 1     when I went and talked to them, I mean, it was
 2     like everybody kept doing what they were doing.
 3     Nobody really paid attention.
 4  Q  Did you look at the floor when you went back?
 5  A  No. I just went -- I looked -- I walked in and
 6     I looked for somebody I knew because I didn't
 7     want to just talk to anybody. And I saw Pete
 8     Usher.
 9  Q  Okay. But you didn't check the floor at that
10     point?
11  A  No. I didn't even think to.
12  Q  Okay. And you didn't see anybody cleaning
13     anything?
14  A  No.
15  Q  How long had it been from the time you turned
16     and looked back and saw him -- Mr. Edenshaw
17     fall, and then you went to the car, and then you
18     talked at the car, and then you went back in.
19     How long would that have been?
20  A  Like maybe five minutes. It wouldn't have been
21     long at all, five, maybe ten max. We went --
22     because we got out in the truck and I was
23     pulling out and he was in a lot of pain. He was
24     like you got to go in and tell them. He said I
25     have to go get it checked. So I pulled over in
```

Page 19

```
 1     the lane where they used to load the groceries,
 2     that little turn around there, and left him in
 3     the truck and went in and told them that he'd
 4     hurt himself. And Pete said, I already heard
 5     about it, I didn't know it was him though.
 6  Q  Okay. What shoes was Mr. Edenshaw wearing at
 7     that time? Footwear, I should say, what kind of
 8     footwear?
 9  A  Well, he usually only wears tennis shoes or
10     cowboy boots. I don't know which one it was
11     though.
12  Q  You went -- after that, then you came back out
13     after talking to Pete Usher, came back out and
14     you got in your truck and you then went to
15     Ketchikan General emergency?
16  A  Yes. We went to the emergency room.
17  Q  When Mr. Edenshaw was seeing the nurse and
18     seeing the doctor, were you present?
19  A  I think I was. I know I was. I was probably in
20     the room, reading a magazine.
21  Q  All right.
22  A  Because I read a lot, so.....
23  Q  You weren't participating in what was happening,
24     though?
25  A  No. I just kind of -- when I'm there I read
```

Page 20

```
 1     magazines and do my own thing.
 2  Q  Do you recall anything about what Mr. Edenshaw
 3     would have said to the doctor or the nurse? I
 4     mean actually recall it, don't -- don't just
 5     guess about it.
 6  A  No. I don't remember. I know I told them he
 7     slipped in Carrs. I know for a fact he told
 8     them that's what happened, but I don't know
 9     anything else really. I didn't really pay
10     attention. I just kind of was reading a
11     magazine.
12  Q  Did you re -- hear or recall -- do you now
13     recall anything the nurse or the doctor would
14     have said to him?
15  A  No. No, I didn't pay attention.
16  Q  Did you go with him when they did x-rays?
17  A  No, I waited in the room.
18  Q  When you were talking to Peter Usher and he told
19     you, you know, maybe get medical help, was it
20     him telling you to go get medical help or was he
21     telling you something different than that?
22  A  He told me to take him to the emergency room.
23  Q  Okay. That's all?
24  A  Yeah. After he -- I don't know who he called, I
25     imagine it was a supervisor, told him what
```

Page 21

```
 1     happened. He talks kind of quiet, so I can't
 2     even really say what he told him. And he hung
 3     up, turned around and said take him to the
 4     emergency room.
 5  Q  I have here what we've marked as Defendant's
 6     Exhibit 16. This appears to be some notes of an
 7     interview that you had with Mr. Ellis.
 8  A  Oh yeah.
 9        (Defendant's exhibit 16 introduced)
10  Q  Did -- have you seen that before? I.....
11  A  Yeah.
12  Q  Oh, you have read that before?
13  A  Yeah.
14  Q  When did you last read that?
15  A  Did I read it?
16  Q  Okay, you're reading it now.
17  A  Yeah. Yeah, I remember this.
18  Q  It says interview was March 29, 2006. Would
19     that be correct as you remember it?
20  A  Yes.
21  Q  Did you ever give a statement about these events
22     of May 10, 2003 before this one?
23  A  Yes.
24  Q  That you gave to Mr. Ellis?
25  A  Yes.
```

Page 22

1  Q  You -- you gave a statement before that?
2  A  Yes. Oh before?
3  Q  Yeah, before that.
4  A  I'm all, yeah, I did. No. Sorry. I'm like,
5     yes, to Mr. Ellis.
6  Q  Did -- did you ever write anything out yourself
7     about the events of Mr. Edenshaw's fall?
8  A  I don't think so.
9  Q  Before you came to the deposition today, did you
10    review any documents or anything?
11 A  No.
12 Q  Before coming to the deposition today, did you
13    meet with Mr. Ellis?
14 A  No.
15 Q  When you went -- were shopping that day, did you
16    recall anyone that you or Mr. Edenshaw would
17    have stopped and talked to, where you'd remember
18    a name?
19 A  No. I can't remember if I wrote anything out
20    for Mr. Ellis or not.
21 Q  Okay. You don't remember having done so at this
22    time?
23 A  No, I can't remember. I don't have a great
24    memory, but I remember doing this. I remember
25    telling him about it.

Page 23

1  Q  All right. How are you at estimating distances?
2  A  Not good.
3  Q  All right.
4  A  Like I said, it was in between three or five
5     counters back, that was about it.
6  Q  Okay, and in terms of how many feet that would
7     be?
8  A  No.
9  Q  How many car lengths? Anyway to make it so that
10    you can give me an estimate?
11 A  I can take you in the store and show you.
12 Q  The store is different now, isn't it?
13 A  I know, I'm teasing. Yeah. No, I'm not good at
14    estimates at all.
15 Q  All right. You said as you were looking back
16    you saw something small and black, you'd
17    believed.....
18 A  Yeah.
19 Q  .....on the floor? Okay. Did you see Mr.
20    Edenshaw step on that small and black thing?
21 A  No, I didn't, actually. I saw him going down,
22    and then get up real quick and then coming
23    towards me I saw it. I didn't know if that even
24    was what he slipped on, but I did see it there.
25 Q  Okay.

Page 24

1  A  But it was pretty small, so.....
2  Q  When Mr. Edenshaw fell and you'd said it was
3     kind of falling forward, did you recall if the
4     bags he was carrying hit the floor?
5  A  It seems like it did. But I can't say 100
6     percent for sure.
7  Q  You don't remember that when you got home
8     eventually that you said, oh, something got
9     broken in it.
10 A  No, I don't remember that.
11 Q  And in your statement, or in these notes, it
12    mentions that Mr. Edenshaw got up fast.....
13 A  He did.
14 Q  .....and it says because he seemed to be very
15    embarrassed.
16 A  Yeah, his face was beet red. When he gets
17    embarrassed his face gets real red. I knew he
18    was very embarrassed. And it was packed in
19    there, but it was kind of like nobody really
20    paid attention.
21 Q  Okay. During that period in 2003, you know,
22    from May 10 on, were you and Mr. Edenshaw
23    residing together?
24 A  No.
25 Q  Do you know where he was living?

Page 25

1  A  720 Carlanna, same spot.
2  Q  All right. How about in September of that year,
3     2003, would you have been residing together
4     then?
5  A  No.
6  Q  The place where he lives, I take it, is up some
7     stairs?
8  A  Yeah. There's like 10 to 15 stairs, I think.
9  Q  Okay, and that's not like.....
10 A  I've never counted them, but -- I mean, there's
11    not a whole lot.
12 Q  And I understand that's -- it doesn't just go up
13    one stairway, it kind of goes up and makes a
14    corner?
15 A  Yeah. And you go up the stairs.
16 Q  Like a landing and then it goes up some more
17    stairs?
18 A  Yeah. Yeah, you turn to the left and then you
19    turn to the left again and his apartment's right
20    here. But then you turn left again and there's
21    more apartments there upstairs, that it goes to.
22 Q  All right. Were you ever aware of a time in
23    September of 2003 when Mr. Edenshaw, going up
24    those stairs, hurt his left knee?
25 A  His left knee?

Page 26

1  Q  Uh-huh. (Affirmative)
2  A  I don't know if he -- I'm sure he did. I don't
3     know, though. I never really pay attention, I
4     guess.
5  Q  Okay.
6  A  I remember him saying at one point that he did
7     twist his knee, though, but.....
8  Q  Were -- were you around in August of 2002 when a
9     Suburban ran over Mr. Edenshaw's left foot?
10 A  No.
11 Q  You knew about it, though?
12 A  I don't -- I don't even know if I knew about it.
13    Maybe it happened and he didn't tell me about
14    it, because I don't even know anybody who has a
15    Suburban that -- so, when that would have
16    happened, I don't know. I don't remember that
17    though.
18 Q  Other than this occasion when you went with Mr.
19    Edenshaw to the Ketchikan General Hospital ER,
20    do you go to other medical appointments with Mr.
21    Edenshaw?
22 A  No. The only time I go anywhere with him is to
23    the emergency room, and that's usually because
24    I'm driving him. He's burned his eyes, he --
25    stomach problems. So he's been there a lot.

Page 27

1     They're like family now, no, I'm kidding. No,
2     I'm joking. But, yeah, I usually just go to the
3     emergency room and then he's on his own after
4     that.
5  Q  Going back to the -- I'll withdraw that. When
6     you turned and looked back at Mr. Edenshaw from
7     the doorway, and you that you saw him fall, were
8     there other people between you and him or was it
9     a clear sight path for you?
10 A  There wasn't anybody in the way when I turned
11    around and saw him. It was clear, believe it or
12    not. I know the check stands were full though.
13    But I -- because I had just walked out ahead of
14    him. So when I turned around, it was clear. I
15    mean, I saw him fall fast, and.....
16 Q  How's your eyesight?
17 A  I am legally, correctionally blind with
18    stigmatisms in both eyes. The closest they can
19    get me with contacts is 20/30, 20/40. So I.....
20 Q  And it's been that way a while?
21 A  Yeah.
22 Q  It was that way in 2003?
23 A  Probably, yeah. I've always had bad eyesight.
24    But I mean, I -- I could -- like I said, I could
25    see something black on the floor, but what it

Page 28

1     was, I couldn't tell you.
2  Q  Okay. Do you know how long it had been there?
3  A  No, I actually didn't really see it until he got
4     up and came towards me. I mean, you know, I
5     don't have great vision, but I knew there was
6     something there. And I didn't bother to go
7     around and look, which maybe I should have, but
8     I -- it never even crossed my mind to see what
9     he'd slipped on.
10 Q  You said that he slipped on, do you actually
11    know that he slipped on anything?
12 A  No. I didn't see what was under him. I just
13    saw him going down, when I turned around I saw
14    him. And when he got up and came towards me, I
15    was still watching and I did see something in
16    the general area of where he had fallen. So I
17    figured he slipped on something. And it looked
18    like, oh, how do you explain it? You know if
19    you slip on something it spreads it a little
20    bit? That's what it looked like.
21 Q  In these notes Mr. Ellis took of your statement,
22    at the very bottom it says, which I take it to
23    be your statement, that you didn't feel that the
24    accident could have happened, that is the fall
25    would have happened, without something having

Page 29

1     been on the floor?
2  A  Yeah.
3  Q  So you just think there must have been something
4     there.....
5  A  Well, yeah.
6  Q  .....without having seen it?
7  A  No. Well I saw something, but I didn't know
8     what it was. And I didn't go back and check,
9     which I should have, but, excuse me, I didn't.
10 Q  And whatever it was you saw, you actually don't
11    know if that's something he stepped on?
12 A  No. Not 100 percent, but I know it probably
13    was. I mean, it looked like, like I said, it
14    looked like a little grape or something. I just
15    -- I couldn't tell.....
16 Q  A black.....
17 A  .....from where I was.
18 Q  A black streak?
19 A  Yeah, it was -- I mean it's so far -- it was so
20    far away for me, but I did see something there.
21 Q  Do you have any knowledge about when the floor
22    area in which Mr. Edenshaw fell had last been
23    inspected by Safeway people?
24 A  No, I didn't know they inspected.
25 Q  Do you have any particular experience in medical