1 Peter R. Ellis
2 ELLIS LAW OFFICES, INC.
3 1285 Tongass Avenue
4 Ketchikan, Alaska  99901
5 907-225-9661 Office
6 907-225-6086 Fax
7 elo@kpunet.net
8 Attorney for GERALD EDENSHAW
9 Alaska Bar No. 6503008

10     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA AT

11                            KETCHIKAN

12 GERALD EDENSHAW,              )
13            Plaintiff,         )
14        vs.                    )
15 SAFEWAY, INC., CARRS          )
16 QUALITY CENTER and SAFEWAY    )
17 FOOD & DRUG ,                 )
18            Defendants.        )   CASE NO. 5:05-CV-0005-RRB
19 _____  )

20 ## MOTION BY PLAINTIFF GERALD EDENSHAW TO

21 ## EXTEND THE TIME ALLOWED FOR THE FILING

22 ## OF A RESPONSE TO DEFENDANTS MOTION FOR

23 ## SUMMARY JUDGMENT

24 COMES NOW the above PLAINTIFF, GERALD EDENSHAW, through

25 Peter R. Ellis as counsel of ELLIS LAW OFFICES, INC. and

26 serves on DEFENDANTS this motion for an extension of time

27 until December 29, 2006 in which to file the Plaintiff

28 Opposition To Defendants Motion For Summary Judgment filed

29 as of the date of October 3rd, 2006.   Plaintiff requests

30 this extension for the following reasons, to - wit:

ELLIS LAW OFFICES, INC.
1285 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086

elo@kpunet.net-2

PLAINTIFF EXTENSION REQUEST
GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
OCTOBER 12, 2006

Personal Injury Slip & Fall

CASE NO. 5:05-CV-0005-RRB          E105P013.SAM

1    1.0      The Plaintiff has been advised by the undersigned

2    counsel that he needs to seek other counsel to proceed with

3    this litigation and for the reason that Plaintiff has,

4    without cause, refused to honor his obligations to the

5    undersigned counsel, including the payment of costs incurred

6    while having funds available for payment.

7    2.0      The further reason the undersigned counsel seeks to

8    withdraw rests upon the failure of Plaintiff to fully

9    disclose certain factual circumstances concerning the

10    background as to the accident which forms the basis of this

11    litigation and including the extent and nature of medical

12    treatment received since the date of the accident.

13    3.0      Counsel for Plaintiff believes that the Plaintiff

14    residence in Ketchikan and the litigation itself create time

15    difficulties in terms of seeking and obtaining other counsel

16    willing to undertake his representation.

17    4.0      Counsel for Plaintiff will be absent from Alaska on

18    a previously planned travel endeavor commencing as of

19    October 30th, 2006 and continuing through the date of

20    November 30th, 2006.  There is a need for counsel to be

21    available on his return to assist in the obtaining of other

22    counsel and the adequate briefing of that counsel and the

23    delivery of Plaintiff's file material to other counsel. In

24    addition thereto consideration will need to be given to the

25    preparation and filing of the summary judgment opposition.

ELLIS LAW OFFICES, INC.                            PLAINTIFF EXTENSION REQUEST
1285 TONGASS AVENUE     GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
Ketchikan, Alaska 99901                             OCTOBER 12, 2006

907-225-9661 FAX 907-225-6086                      Personal Injury Slip & Fall

elo@kpunet.net-3              CASE NO. 5:05-CV-0005-RRB          E105P013.SAM

1   WHEREFORE the Plaintiff respectfully requests that the Court

2   by Order provide that the time in which an opposition to the

3   presently filed summary judgment motion be extended until

4   December 29th, 2006 which is a Friday.

5                    DATE:      OCTOBER 12, 2006

6              PETER R. ELLIS of ELLIS LAW OFFICES, INC.
7              As Counsel for GERALD EDENSHAW

8              By_____

9              Peter R. Ellis  Alaska Bar No. 6503008

10   CERTIFICATE OF SERVICE

11   THIS IS TO CERTIFY that pursuant
12   to    this    certificate   the
13   undersigned has transmitted to
14   the Court by CM/ECF and to the
15   office listed below the foregoing
16   document    and    any   documents
17   hereinafter listed in accordance
18   with the following, to-wit:

19   PAUL M. HOFFMAN
20   ROBERTSON, MONAGLE
21      & EASTAUGH, P.C.
22   9360 GLACIER HWY., SUITE 202
23   JUNEAU, ALASKA 99802

24   DOCUMENTS:

25   MOTION FOR EXTENSION OF TIME
26   TO RESPOND TO SUMMARY JUDGMENT

27   PROPOSED    ORDER    GRANTING
28   EXTENSION OF TIME

29   MANNER OF SERVICE:

30   CM/ECF      [ YES ]
31   MAIL        [ NO  ]
32   FAX         [ NO  ]

33   DATE: 10/12/06.
34
35   ELLIS LAW OFFICES, INC.
36
37   By_____

38      Jeri Lester

ELLIS LAW OFFICES, INC.
1285 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086

elo@kpunet.net-4

PLAINTIFF EXTENSION REQUEST
GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
OCTOBER 12, 2006

Personal Injury Slip & Fall

CASE NO. 5:05-CV-0005-RRB          E105P013.SAM

1  Peter R. Ellis
2  ELLIS LAW OFFICES, INC.
3  1285 Tongass Avenue
4  Ketchikan, Alaska  99901
5  907-225-9661 Office
6  907-225-6086 Fax
7  elo@kpunet.net
8  Attorney for GERALD EDENSHAW
9  Alaska Bar No. 6503008

10  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA AT

11                              KETCHIKAN

12  GERALD EDENSHAW,               )
13            Plaintiff,           )
14       vs.                       )
15  SAFEWAY, INC., CARRS           )
16  QUALITY CENTER and SAFEWAY )
17  FOOD & DRUG ,                  )
18            Defendants.          )   CASE NO.5:05-CV-0005-RRB
19  _____ )

20  **ORDER GRANTING PLAINTIFF EXTENSION OF**

21  **TIME UNTIL DECEMBER 31, 2006**

22  IT APPEARING TO THE COURT that the above PLAINTIFF, GERALD

23  EDENSHAW, through Peter R. Ellis as counsel of ELLIS LAW

24  OFFICES, INC. has requested an extension of time to respond

25  to the Defendant motion for summary judgment and sufficient

26  cause having been shown in support of the same with the

27  response of Defendants thereto having been noted IT IS

28  HEREBY ORDERED THAT the time in which an opposition to the

29  presently filed summary judgment motion is extended until

30  December 29TH, 2006 which is a Friday.

ELLIS LAW OFFICES, INC.                          PLAINTIFF EXTENSION REQUEST
1285 TONGASS AVENUE          GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
Ketchikan, Alaska 99901                              OCTOBER 12, 2006

907-225-9661 FAX 907-225-6086                        Personal Injury Slip & Fall

elo@kpunet.net-5          CASE NO. 5:05-CV-0005-RRB            E105P013.SAM

1          DATE:  OCTOBER ____ , 2006.

2          UNITED STATES DISTRICT COURT FOR ALASKA
3          AT KETCHIKAN

4          By_____

5          RALPH R. BEISTLINE, USDC JUDGE

ELLIS LAW OFFICES, INC.                                    PLAINTIFF EXTENSION REQUEST
1285 TONGASS AVENUE              GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
Ketchikan, Alaska 99901                                        OCTOBER 12, 2006

907-225-9661 FAX 907-225-6086                              Personal Injury Slip & Fall

elo@kpunet.net-6              CASE NO. 5:05-CV-0005-RRB            E105P013.SAM