Paul M. Hoffman, Esq.
Robertson, Monagle & Eastaugh
9360 Glacier Hwy., Suite 202
Juneau, AK 99801
(907) 586-3340 - phone
(907) 586-6818 - fax
pmhoffman@romea.com
Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT KETCHIKAN

| | |
|---|---|
| GERALD EDENSHAW,<br><br>                    Plaintiff,<br>v.<br><br>SAFEWAY, INC., CARR'S QUALITY CENTER and SAFEWAY FOOD & DRUG,<br><br>                    Defendant. | Case No. 5:05-CV-0005-RRB |

## OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME

Safeway, Inc. opposes Plaintiff's Motion to Extend Time to Respond to Safeway's summary judgment motion for a period of nearly three months. This is much too long an extension of time for matters on which plaintiff's counsel was on notice from at least June 30, 2006. At that time Safeway's counsel sent a letter to plaintiff's counsel advising of the status and providing medical reports that contradicted plaintiff's complaint and allegations of injury and damages. See letter, Exhibit A hereto, of June 30, 2006 (redacted as appropriate while still demonstrating notice) as sent with a list of its attachments.

Rather than take action at that time to ascertain the basis of his client's

claim, plaintiff and his counsel delayed until after depositions were taken and a summary judgment was filed to "fully disclose certain factual circumstances concerning the background as to the accident which forms the basis of this litigation and including the extent and nature of medical treatment received. . ." Document 27, page 2 at paragraph 2. There has been adequate time allowed to plaintiff in this case to get his case, if he ever had one, put together for presentation to the Court. Safeway should not have to wait another several months to find out if the plaintiff has something to say in opposition to the summary judgment motion. To modify the Scheduling and Planning Order requires a "showing of good cause." Fed. R. Civ. P. 16(b)(6).

Safeway suggests that plaintiff be allowed no more than two weeks extension of time from the Court's order denying the requested extension to respond to the summary judgment motion.

DATED this 16th day of October 2006.

ROBERTSON, MONAGLE & EASTAUGH

/s/ Paul M. Hoffman
Paul M. Hoffman, AK Bar No. 7410083
Attorneys for Defendant Safeway, Inc.

Opposition to Plaintiff's Motion to Extend Time (Document 27).
Edenshaw v. Safeway, Inc., Case No. K05-0005CV (RRB)   Page 2 of 3

## CERTIFICATE OF SERVICE

On the 16th day of October 2006, I served a true and correct copy of the within Opposition to Plaintiff's Motion to Extend Time upon the following attorney of record via the CM/ECF filing system and U.S. First Class Mail, postage pre-paid:

>Peter Ellis, Esq.
>1285 Tongass Avenue
>Ketchikan, AK  99901

and filed the original of same with the United States District Court at Ketchikan via the CM/ECF filing system.

>  /s/ Anne O'Leary
>     Anne O'Leary