ANCHORAGE OFFICE
1400 WEST BENSON BLVD., SUITE 315
ANCHORAGE, ALASKA 99503
PHONE: (907) 277-6693
FACSIMILE: (907) 279-1959

LEROY J. BARKER
L.G. BERRY
JULIA B. BOCKMON

WASHINGTON, D.C. AND
VIRGINIA OFFICE
ARLINGTON COURTHOUSE PLAZA II
2300 CLARENDON BOULEVARD, SUITE 1010
ARLINGTON, VIRGINIA 22201
PHONE: (703) 527-4414
FACSIMILE: (703) 527-0421

** STEVEN W. SILVER
* CARL W. WINNER
* BRADLEY D. GILMAN
+ RICK E. MARKS

# ROBERTSON, MONAGLE & EASTAUGH

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
JUNEAU, ALASKA

June 30, 2006
(Fax 907-225-6086)

JUNEAU OFFICE
GOLDBELT PLACE
801 WEST 10TH STREET, SUITE 300
JUNEAU, ALASKA 99801
PHONE: (907) 586-3340
FACSIMILE: (907) 586-6818

ROYAL ARCH GUNNISON (1873-1918)
R.E. ROBERTSON (1885-1961)
M.E. MONAGLE (1902-1985)
F.O. EASTAUGH (1913-1992)

PAUL M. HOFFMAN
ROBERT P. BLASCO
AMY GURTON MEAD
***JENNA R. CONLEY

KENAI OFFICE
150 NORTH WILLOW ST., SUITE 33
KENAI, ALASKA 99611
PHONE: (907) 283-2600
FACSIMILE: (907) 283-2009

BLAINE D. GILMAN

*ADMITTED IN WASHINGTON, D.C.
AND ALASKA
**ADMITTED IN VIRGINIA,
WASHINGTON, D.C. AND ALASKA
***ADMITTED IN ALASKA
AND MISSOURI
ALL OTHERS ADMITTED
IN ALASKA

+NON-LAWYER PROFESSIONAL

Peter R. Ellis, Esq.
Ellis Law Offices, Inc.
1285 Tongass Avenue
Ketchikan, AK 99901

    Re:    **Gerald Edenshaw v. Safeway, Inc.**, Case No. K05-0005 CV (RRB)

Dear Pete,

This letter is to confirm our telephone conversation of yesterday when we agreed on dates of September 11 and 12, 2006 for the taking of depositions in Ketchikan. We agreed I would set these to take place in the Board Room at the Cape Fox Hotel, beginning with your client, Mr. Edenshaw on that Monday morning. I will also depose Monica Wallace and perhaps others whose notices I will provide well before the dates we have reserved.

We also discussed receipt of your letter of June 1, 2006, ████████████ I explained that not only was this a case of no liability, but there were no damages that could be attributed to Mr. Edenshaw's trip and fall at Safeway on May 10, 2003. There are no reliable statements of anything having been on the floor that would have contributed to a slip. Speculation by Mr. Edenshaw and Monica Wallace can not overcome the direct observations of several witnesses that there was nothing on the floor.

Mr. Edenshaw went to Ketchikan General Hospital at 7:50 p.m. on May 10, 2003 complaining only of a twisted left ankle. He was prescribed an air splint and released. He had no further diagnoses and no treatment for that incident. Mr. Edenshaw's left foot has had multiple trauma over time as we will show you from the medical records attached. On August 19, 2002 a Chevy Suburban he was working on rolled over his left foot.

When Mr. Edenshaw first saw Dr. Schwartz after May 10, 2003, he mentioned what may be his fall at Safeway, but was there for a left shoulder problem for which he had been getting treatment for several months before May 10, 2003. The story of the fall has also morphed into something other than what was told at the ER visit less than an hour after the trip and fall at Safeway.

When seen again a month later by Dr. Schwartz, Mr. Edenshaw mentions a new problem with his knee and ankle, but nothing is done about them (could not have been very

Peter R. Ellis, Esq.
Ellis Law Offices, Inc.
1285 Tongass Avenue
Ketchikan, AK 99901
Page 2 of 2

pressing a problem) and the does not mention that to Dr. Schwartz again for months. Meanwhile Mr. Edenshaw went back to work and had an injury to his left knee twisting it running upstairs on or about September 22, 2003. There is no mention of a left ankle problem to the nurse or doctor at that time, and no mention of the trip and fall at Safeway.

Mr. Edenshaw is seen by Dr. Dordevich on September 27, 2003 for an IME scheduled by Alaska National Insurance Company related to an on the job injury referenced back to July 30, 2003 to his left wrist and forearm. The history shows that Mr. Edenshaw was working strenuously many hours a day starting sometime in July, and had no complaints about the left ankle. There is reference to a "contused the left knee recently," but if this is intended to be a reference to the trip and fall at Safeway, it is inaccurate, as there is no mention in the ER record of a contused knee on May 10, 2003.

The examination by Dr. Dordevich includes observing Mr. Edenshaw walk with a "normal gait and normal stance. He was able to heel, toe, and tandem walk without difficulties." Mr. Edenshaw was released to work as a welder without limitations.

This is a case that should be dismissed. Safeway will ████████████████████
████████████████████████████████████████████████████████████████

Now we are going to trial unless Mr. Edenshaw takes the initiative to dismiss the case. To avoid ultimately having a significant judgment against him, this is the time for Mr. Edenshaw to dismiss this case.

Very truly yours,

Paul M. Hoffman

PMH:aol
Enc.
C:   Sandra Dodich, Casualty Claims Manager (w/Enc.)
     Safeway, Inc., Seattle Division
     P.O. Box 85001
     Bellevue, WA 98015

Exhibit No. A
Page 2 of 3

*Edenshaw v. Safeway, Inc. 5:05-CV-0005-RRB*

Attachments to June 30, 2006 Letter from Counsel for Safeway
to Counsel for Edenshaw

1. August 19, 2002 Ketchikan General Hospital Triage Call Documentation Report, 1 p.

2. August 19, 2002 Ketchikan General Hospital Emergency Department Record, 1 p.

3. May 10, 2003 Ketchikan General Hospital Emergency Department Record, 1 p.

4. May 10, 2003 Ketchikan General Hospital Emergency Department Note, 2 pp.

5. May 10, 2003 Ketchikan General Hospital X-Ray Report, 1 p.

6. May 10, 2003 Ketchikan General Hospital Instructions for Care of sprain, 1 p.

7. June 16, 2003 S.E. Orthopedics & Sports Medicine Examination Report, 2 pp.

8. September 25, 2003 S.E. Orthopedics & Sports Medicine Ambulatory Encounter Record, 1 p.

9. September 25, 2003 S.E. Orthopedics & Sports Medicine Examination Report, 1 p.

10. September 25, 2003 S.E. Orthopedics & Sports Medicine Examination Note, 1 p.

11. September 27, 2003 Star Medical Independent Medical Exams and File Reviews Examination Report, 6pp.

Exhibit No. A
Page 3 of 3