Paul M. Hoffman, Esq.
Robertson, Monagle & Eastaugh
9360 Glacier Hwy., Suite 202
Juneau, AK 99801
(907) 586-3340 - phone
(907) 586-6818 - fax
pmhoffman@romea.com
Attorneys for Safeway, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

## AT KETCHIKAN

| | |
|---|---|
| GERALD EDENSHAW,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>SAFEWAY, INC., CARR'S QUALITY CENTER and SAFEWAY FOOD & DRUG,<br><br>　　　　　　　　Defendant. | Case No. 5:05-CV-0005-RRB |

### MOTION TO DISMISS PLAINTIFF'S CLAIMS

Safeway, Inc. moves to dismiss Plaintiff's claims for non-compliance with several provisions of the Scheduling and Planning Order, making it impossible for plaintiff to present a prima facie case at trial. This motion is supported by the document filings in this case and the Memorandum in Support of Motion filed herewith.

DATED this 16th day of October 2006.

ROBERTSON, MONAGLE & EASTAUGH

　　/s/ Paul M. Hoffman
Paul M. Hoffman, AK Bar No. 7410083
Attorneys for Defendant Safeway, Inc.

## CERTIFICATE OF SERVICE

On the 16th day of October 2006, I served a true and correct copy of the within Motion to Dismiss Plaintiff's Case upon the following attorney of record via the CM/ECF filing system and U.S. First Class Mail, postage pre-paid:

    Peter Ellis, Esq.
    1285 Tongass Avenue
    Ketchikan, AK  99901

and filed the original of same with the United States District Court at Ketchikan via the CM/ECF filing system.

    /s/ Anne O'Leary
    Anne O'Leary