UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


EDENSHAW   v.   SAFEWAY, et al.

DATE:   October 20, 2006         CASE NO.   5:05-cv-0005-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REGARDING EXTENSION**

---

Plaintiff's Motion for Extension of Time at Docket 27 is hereby **GRANTED IN PART**. Plaintiff may have until the close of business on **Tuesday, October 31, 2006,** to file his opposition to Defendant's Motion for Summary Judgment at Docket 25. A three month extension is not called for.

M.O. RE EXTENSION