```
1  Peter R. Ellis
2  ELLIS LAW OFFICES, INC.
3  1285 Tongass Avenue
4  Ketchikan, Alaska  99901
5  907-225-9661 Office
6  907-225-6086 Fax
7  elo@kpunet.net
8  Attorney for GERALD EDENSHAW
9  Alaska Bar No. 6503008
```

10   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA AT
11                               KETCHIKAN

```
12  GERALD EDENSHAW,              )
13             Plaintiff,         )
14       vs.                      )
15  SAFEWAY, INC., CARRS          )
16  QUALITY CENTER and SAFEWAY    )
17  FOOD & DRUG ,                 )
18             Defendants.        )  CASE NO. 5:05-CV-0005-RRB
19  _____  )
```

20                  <u>FINAL WITNESS LIST OF PLAINTIFF</u>

21   COMES NOW the above PLAINTIFF, GERALD EDENSHAW, through
22   Peter R. Ellis as counsel of ELLIS LAW OFFICES, INC. and
23   serves on DEFENDANTS this Final Witness List and as to
24   witnesses who will be called at the trial herein with the
25   same arranged in alphabetical order with name and address
26   plus telephone contact information and a brief description
27   of the testimony which is expected to be elicited, to-wit:

28   G. GERRY (GERALD) EDENSHAW,
29   720 CARLANNA NO. 3
30   KETCHIKAN, ALASKA 99901                    Work: 247-5261
31
32   GERALD EDENSHAW  will testify live, or by deposition, and as
33   to the background reference this litigation proceeding.

ELLIS LAW OFFICES, INC.                              PLAINTIFF FINAL WITNESS LIST
1285 TONGASS AVENUE          GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
Ketchikan, Alaska 99901                                      OCTOBER 23, 2006

907-225-9661 FAX 907-225-6086                        Personal Injury Slip & Fall

elo@kpunet.net-2              CASE NO. 5:05-CV-0005-RRB                E105P018.SAM

1  C. BRUCE SCHWARTZ, M.D.,
2  S E ORTHOPEDIC & SPORT MEDICINE
3  212  CARLANNA LAKE RD - SUITE 202
4  KETCHIKAN, ALASKA 99901          Work: 225-2811

5  Witness of GERALD EDENSHAW who will testify live, or by
6  deposition, and as to the background reference this
7  litigation proceeding and in his role as an examining and
8  treating physician.

9  MONICA RENEE WALLACE
10 POST OFFICE BOX 6894
11 KETCHIKAN, ALASKA 99901    Home: 247.5261 Work: 228.5206

12 Employment KETCHIKAN INDIAN CORPORATION as an accounting
13 technician since 2002. Standing by the door at the time of
14 the incident and able to see Plaintiff as well as the other
15 checkout stands. Witness of GERALD EDENSHAW who will
16 testify live, or by deposition, and as to the background
17 reference this litigation proceeding.

18 Any other persons necessary at time of trial and all of the
19 witnesses called by the opposing party.

20 Submitted by GERALD EDENSHAW from Ketchikan, Alaska
21 effective as of the date next written.

ELLIS LAW OFFICES, INC.
1285 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086

elo@kpunet.net-3

PLAINTIFF FINAL WITNESS LIST
GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
OCTOBER 23, 2006

Personal Injury Slip & Fall

CASE NO. 5:05-CV-0005-RRB        E105P018.SAM

```
1    DATE: October 23, 2006.
2
3                                    ELLIS LAW OFFICES, INC.
                                     As Counsel For
4                                    GERALD EDENSHAW

5                                    By _____

6                                    Peter R. Ellis  Alaska Bar No. 6503008

7    CERTIFICATE OF SERVICE

8    THIS IS TO CERTIFY that pursuant
9    to    this    certificate    the
10   undersigned has transmitted to
11   the Court by CM/ECF and to the
12   office listed below the foregoing
13   document   and   any   documents
14   hereinafter listed in accordance
15   with the following, to-wit:

16   PAUL M. HOFFMAN
17   ROBERTSON, MONAGLE
18      & EASTAUGH, P.C.
19   9360 GLACIER HWY., SUITE 202
20   JUNEAU, ALASKA 99802

21   DOCUMENTS:

22       PLAINTIFF FINAL WITNESS LIST

23   MANNER OF SERVICE:

24       CM/ECF          [ YES ]
25       pmhoffman@romea.com
26       MAIL            [ NO ]
27       FAX             [ NO ]

28   DATE: 10/23/06.
29
30   ELLIS LAW OFFICES, INC.
31
32   By _____
33      Jeri Lester
```

ELLIS LAW OFFICES, INC.                     PLAINTIFF FINAL WITNESS LIST
1285 TONGASS AVENUE          GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
Ketchikan, Alaska 99901                              OCTOBER 23, 2006

907-225-9661 FAX 907-225-6086                    Personal Injury Slip & Fall

elo@kpunet.net-4            CASE NO. 5:05-CV-0005-RRB                    E105P018.SAM