```
 1  Peter R. Ellis
 2  ELLIS LAW OFFICES, INC.
 3  1285 Tongass Avenue
 4  Ketchikan, Alaska  99901
 5  907-225-9661 Office
 6  907-225-6086 Fax
 7  elo@kpunet.net
 8  Attorney for GERALD EDENSHAW
 9  Alaska Bar No. 6503008


10      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA AT
11                             KETCHIKAN
12  GERALD EDENSHAW,           )
13           Plaintiff,        )
14      vs.                    )
15  SAFEWAY, INC., CARRS       )
16  QUALITY CENTER and SAFEWAY )
17  FOOD & DRUG ,              )
18           Defendants.       )  CASE NO. 5:05-CV-0005-RRB
19  _____  )

20  OPPOSITION BY PLAINTIFF TO DEFENDANTS' MOTION
21              FOR DISMISSAL OF 10-16

22  COMES NOW the above PLAINTIFF, GERALD EDENSHAW, through
23  Peter R. Ellis as counsel of ELLIS LAW OFFICES, INC. and
24  serves on DEFENDANTS this opposition to the DEFENDANTS'
25  Motion For Dismissal filed as of the date of October 16th,
26  2006. DEFENDANTS seek punitive relief in terms of a
27  dismissal request that arises as a result of PLAINTIFF
28  having delayed the filing of a Final Witness List by 13
29  days. The scheduling order attached hereto required the
30  filing prior to 45 days from a November 24, 2006 Discovery
31  Closing date. See Exhibit 120 attached, Page 3, Paragraph F.
32  If 24 days are subtracted from 45 days then the difference
33  of 21 days subtracted from October 31st makes the deadline
```

ELLIS LAW OFFICES, INC.
1285 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086

elo@kpunet.net-2

PLAINTIFF OPPOSITION TO MOTION FOR DISMISSAL OF 10-16
GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
OCTOBER 26, 2006

Personal Injury Slip & Fall

CASE NO. 5:05-CV-0005-RRB          E105P017.SAM

1  for filing October 10th, a Tuesday.  PLAINTIFF notes that
2  the motion of DEFENDANTS is dated as of October 16th, a
3  Monday, and thus complain of default sufficient to justify
4  dismissal as to only a 6 day intervening period.  As of
5  October 23rd the PLAINTIFF has filed a Final Witness List
6  and although the same is admittedly delinquent by 13 days
7  the DEFENDANTS do not assert prejudice in terms of surprise
8  and cannot fairly complain of a lack of notice as to the
9  witnesses now selected.

10 To the extent that PLAINTIFF would explain and justify the
11 delay it has occurred in the midst of a motion barrage
12 pursued by DEFENDANTS.  This also has taken place while
13 dealing with the problems that counsel for PLAINTIFF and the
14 PLAINTIFF have been faced with in terms of their existing
15 legal relationship.  Attached hereto is Exhibit 121 of a
16 letter written on October 4, 2006 to PLAINTIFF with no
17 answer nor input as to witnesses desired having been
18 received by PLAINTIFF counsel.

19 The witnesses now listed have been so listed and disclosed
20 since the filing of Initial Disclosures on February 24,
21 2006.  See Exhibit 120 Page 6 attached hereto.  In addition
22 the DEFENDANTS have taken the depositions, in September, of
23 both plaintiff Edenshaw and witness Wallace.  To the extent
24 that the deposition of witness Schwarz is desired the
25 PLAINTIFF has no objection to extending the discovery
26 deadline to December 24th provided that a deposition of

ELLIS LAW OFFICES, INC.
1285 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086

elo@kpunet.net-3

PLAINTIFF OPPOSITION TO MOTION FOR DISMISSAL OF 10-16
GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
OCTOBER 26, 2006

Personal Injury Slip & Fall

CASE NO. 5:05-CV-0005-RRB          E105P017.SAM

1  Schwarz is not noticed prior to Plaintiff counsel's return
2  to Ketchikan on December 2nd, 2006.

3  The requested sanction of dismissal pursuant to Fed. R. Civ.
4  P. 16(f) would certainly be extreme and excessive under the
5  foregoing circumstances.

6  DATE:    OCTOBER 26, 2006

7  PETER R. ELLIS of ELLIS LAW OFFICES, INC.
8  As Counsel for GERALD EDENSHAW

9  By /s/

10 Peter R. Ellis  Alaska Bar No. 6503008
11

ELLIS LAW OFFICES, INC.
1285 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086

elo@kpunet.net-4

PLAINTIFF OPPOSITION TO MOTION FOR DISMISSAL OF 10-16
GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
OCTOBER 26, 2006

Personal Injury Slip & Fall

CASE NO.  5:05-CV-0005-RRB       E105P017.SAM

```
 1   CERTIFICATE OF SERVICE

 2   THIS IS TO CERTIFY that pursuant
 3   to   this   certificate   the
 4   undersigned has transmitted to
 5   the Court by CM/ECF and to the
 6   office listed below the foregoing
 7   document  and  any  documents
 8   hereinafter listed in accordance
 9   with the following, to-wit:

10   PAUL  M. HOFFMAN
11   ROBERTSON, MONAGLE
12      & EASTAUGH, P.C.
13   9360 GLACIER HWY., SUITE 202
14   JUNEAU, ALASKA 99802

15   DOCUMENTS:

16      OPPOSITION TO MOTION FOR
17      DISMISSAL WITH EXHIBIT 120
18      OF 6 PAGES AND EXHIBIT 121
19      OF 1 PAGE AS ATTACHMENTS.

20   MANNER OF SERVICE:

21      CM/ECF         [ YES ]
22         pmhoffman@romea.com

23      MAIL           [ NO ]
24      FAX            [ NO ]

25   DATE: 10/26/06.
26
27   ELLIS LAW OFFICES, INC.
28
29   By  /s/ Jeri Lester

30      Jeri Lester
```

ELLIS LAW OFFICES, INC.
1285 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086

elo@kpunet.net-5

PLAINTIFF OPPOSITION TO MOTION FOR DISMISSAL OF 10-16
GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
OCTOBER 26, 2006

Personal Injury Slip & Fall

CASE NO. 5:05-CV-0005-RRB        E105P017.SAM

Paul M. Hoffman, Esq.
Robertson, Monagle & Eastaugh
801 West 10th St., Suite 300
Juneau, AK 99801
Telephone: (907) 586-3340
Facsimile: (907) 586-6818
e-mail: pmhoffman@romea.com
Attorneys for Safeway, Inc.

Peter R. Ellis, Esq.
1285 Tongass Avenue
Ketchikan, AK 99901
Telephone: (907)225-9661
Facsimile: (907) 225-6086
e-mail: elo@kpunet.net
Attorney for Gerald Edenshaw

FILED

JAN 2 4 2006

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT KETCHIKAN

| GERALD EDENSHAW, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. K05-0005CV (RRB) |
| SAFEWAY, INC., CARR'S QUALITY CENTER and SAFEWAY FOOD & DRUG. | ) SCHEDULING AND PLANNING CONFERENCE REPORT |
| Defendant. | ) |

1. **Meeting.** In accordance with Fed.R.Civ.P. 26(f), a meeting was held on January 23, 2006 and was attended by:

   Peter R. Ellis, attorney for Gerald Edenshaw

   Paul M. Hoffman, attorney for Safeway, Inc.

The parties recommend the following:

2. **Pre-Discovery Disclosures.** The information required by Fed.R.Civ.P. 26 (a)(1)f:

   ___ have been exchanged by the parties.

ELLIS LAW OFFICES, INC.

MOTION DISMISS 10/16/06 OPPOSITION

GERALD EDENSHAW vs. SAFEWAY INC.
1KE-05-205 CI
EXHIBIT 120
PAGE 1 OF 6 PAGES
PLAINTIFF EDENSHAW

    _X_ will be exchanged by the parties by February 12, 2006.

Proposed changes to disclosure requirements: 20 days after planning meeting date of January 23, 2006:

    Preliminary witness lists

    ___ have been exchanged by the parties

    _X_ will be exchanged by the parties by February 12, 2006 with initial disclosures to be supplemented with newly discovered persons on April 2, 2006.

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

    A. Liability of the Defendant.

    B. Comparative negligence of the Plaintiff.

    C. Compensatory damages sustained by the Plaintiff.

    D. Damage deductions pursuant to third party beneficiary receipts.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

        1. Liability of Defendant.

        2. Comparative fault of Plaintiff.

        3. Damages sustained by Plaintiff.

        4. Prior repairs and repair need reports of which the Defendant has knowledge.

        5. Witness statements and medical records.

    B. All discovery commenced in time to be completed by November 24, 2006 which is the discovery closing date.

    C. Limitations on discovery:

        1. Interrogatories.

        _X_ No change from Fed.R.Civ.P. 33(a).

SCHEDULING & PLANNING CONFERENCE REPORT     2

ELLIS LAW OFFICES, INC.

GERALD EDENSHAW vs. SAFEWAY INC.
1KE-05-205 CI

MOTION DISMISS 10/16/06 OPPOSITION    **EXHIBIT 120**

PAGE 2 OF 6 PAGES

PLAINTIFF EDENSHAW

    \_\_\_ Maximum of  by each party to any other party.

Responses due in 30 days.

  2. Requests for Admissions.

    _X_ No change from Fed.R.Civ.P. 36(a).

    \_\_\_ Maximum of \_\_\_ requests.

Responses due in 30 days.

  3. Depositions.

    _X_ No change from Fed.R.Civ.P. 36(a).

    \_\_\_ Maximum of \_\_\_ depositions by each party.

Depositions not to exceed 3 hours unless agreed to by all parties.

D. Reports from retained experts.

    \_\_\_ Not later than 90 days before the close of discovery subject to Fed.R.Civ.P. 26(a)(2)(C).

    _X_ Reports due: from Plaintiff on September 24, 2006, from Defendant on October 24, 2006.

E. Supplementation of disclosures and discovery responses are to be made:

    _X_ Periodically at 60-day intervals from the entry of scheduling and planning order.

    \_\_\_ As new information is acquired, but not later than 60 days before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    _X_ 45 days prior to the close of discovery

    \_\_\_ Not later than 45 days prior to November 24, 2006.

5. **Pretrial Motions.**

_X_ No change from D.Ak.LR 16.1(c).

The following changes to D.Ak.LR 16.1(c). [Check and complete all that apply]

    \_\_\_ Motions to amend pleadings or add parties to be filed not later than 60 days after January 24, 2006.

SCHEDULING & PLANNING CONFERENCE REPORT        3

ELLIS LAW OFFICES, INC.

GERALD EDENSHAW vs. SAFEWAY INC.
1KE-05-205  CI

MOTION DISMISS 10/16/06 OPPOSITION   **EXHIBIT 120**

PAGE 3 OF 6 PAGES

PLAINTIFF EDENSHAW

___ Motions under the discovery rules must be filed not later than.

___ Motions in limine and dispositive motions must be filed no later than.

6. **Other Provisions.**

   A. _X_ The parties do not request a conference with the court before the entry of the scheduling order.

   ___ The parties request a scheduling conference with the court on the following issue(s):

   B. Alternative Dispute Resolution [D.Ak.LR 16.2].

   _X_ This matter is not considered a candidate for court-annexed alternative dispute resolution.

   ___ The parties will file a request for alternative dispute resolution not later than

   ___ Mediation   ___ Early Neutral Evaluation

   C. The parties ___ do _X_ not consent to trial before a magistrate judge.

   D. Compliance with the Disclosure Requirements of Fed.R.Civ.P. 7.1.

   _X_ All parties have complied   ___ Compliance not required by any party

7. **Trial.**

   A. The matter will be ready for trial:

   _X_ 70 days after the discovery close date.

   ___ not later than

   B. This matter is expected to take 5 days to try, 2 ½ days each..

   C. Jury Demanded _X_ Yes   ___ No

   Right to jury trial disputed?   ___ Yes _X_ No

Dated: 01/23/06

_____
Peter R. Ellis, Esq.
Attorney for Gerald Edenshaw

Dated: 01/23/06

_____
Paul M. Hoffman, Esq.
Attorney for Safeway, Inc.

SCHEDULING & PLANNING CONFERENCE REPORT            4

ELLIS LAW OFFICES, INC.                                    GERALD EDENSHAW vs. SAFEWAY INC.
                                                           1KE-05-205   CI

MOTION DISMISS 10/16/06 OPPOSITION   **EXHIBIT 120**

PAGE 4 OF 6 PAGES

PLAINTIFF EDENSHAW

1  judgment herein and thereafter until the judgment
2  has been paid and satisfied in full.

3  The Defendant relates to the following matters and including
4  material in terms of Affirmative Defenses which are as
5  follows:

6  Answer consists, basically, of general denials with
7  some subject to lack of information and belief.

8  Affirmative Defenses include comparative negligence and
9  failure to mitigate damages.

10 Additional Defenses dealt with and denied by the Court
11 include failure to state a claim, statute of
12 limitations bar and lack of jurisdiction.

13 B. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION.

14 The names and, to the extent known, the address and
15 telephone number of each individual likely to have
16 discoverable information relevant to disputed facts alleged
17 with particularity in the pleadings, identifying the
18 subjects of the information known by the person and whether
19 the attorney-client privilege applies, are as follows:

ELLIS LAW OFFICES, INC.
1285 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086
alo@kpunet.net-7

INITIAL DISCLOSURES PLAINTIFF
GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
FEBRUARY 24, 2006

Personal Injury Slip & Fall

CASE NO. K05-0005CV (RRB)    E105P011.SAM

PAGE - 3

ELLIS LAW OFFICES, INC.                    GERALD EDENSHAW vs. SAFEWAY INC.
                                           1KE-05-205 CI

MOTION DISMISS 10/16/06 OPPOSITION    EXHIBIT 120
                                      PAGE 5 OF 6 PAGES
                                      PLAINTIFF EDENSHAW

```
 1    Monica Renee Wallace
 2    535 Thatcher - Apartment 1
 3    Ketchikan, Alaska  99901          247.1123 Work 228.5206

 4    Employment KIC accounting technician since 2002.
 5    Standing by the door at the time of the incident and
 6    able to see Plaintiff as well as the other checkout
 7    stands.

 8    GERALD EDENSHAW
 9    720 Carlanna - No. 3               247.5261
10    Ketchikan, Alaska 99901

11    Plaintiff and injured party seeking relief.

12    Peter Usher
13    Ketchikan, Alaska 99901

14    Believed to be living in Tongass Towers.  Previously
15    had last name of Edenshaw prior to adoption.  Still
16    employed with Safeway as front end supervisor.


17           No recollection as to any other witnesses.

18    Dr. Schwartz.
19    Southeast Orthopedics.

20    Operating surgeon as to left knee plus ankle medical
21    treatment.  No other specialists seen.

22    Dr. McNeil
23    Ketchikan Indian Corporation
24    Ketchikan, Alaska

25    Last seen about a year ago for a colonoscopy which
26    resulted in a finding of some polyps.  Removed as
27    malignant except for one which went through colon and
28    into bladder resulting in a need for a colon operation
29    in May of last year and laid up for about a month.
```

ELLIS LAW OFFICES, INC.
1285 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086

elo@kpunet.net-8

INITIAL DISCLOSURES PLAINTIFF
GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
FEBRUARY 24, 2006

Personal Injury Slip & Fall

CASE NO. K05-0005CV (RRB)            E105P011.SAM

PAGE - 4

ELLIS LAW OFFICES, INC.

GERALD EDENSHAW vs. SAFEWAY INC.
1KE-05-205  CI

MOTION DISMISS 10/16/06 OPPOSITION      **EXHIBIT 120**

PAGE 6 OF 6 PAGES

PLAINTIFF EDENSHAW

# ELLIS LAW OFFICES, INC.

1285 Tongass Avenue
KETCHIKAN, ALASKA 99901

907-225-9661  Office
907-225-6086  Fax
Peter R. Ellis
elo@kpunet.net

GERALD EDENSHAW
720 CARLANNA NO. 3
KETCHIKAN, ALASKA 99901

247-5261

10/04/06

Re:  Slip & Fall Carr's Safeway

Dear Jerry:

We provide you with the listed attachment for your review and retention. Also enclosed for both you and Monica is an extra copy of the Safeway witness list for the purpose of each of you making comments as to your knowledge concerning particular listed witnesses.

Please also provide us with some input as to whom you would like to call as a witness and whether you are prepared to pay the costs of deposing these witnesses.

Both you and Monica should confirm by E-mail your receipt of this material. Thanks.

Yours truly,
ELLIS LAW OFFICES, INC.

By
      Peter

Attachment: Copy Of Safeway Final Witness List

Enclosure:  Copy of Witness List Attached To Stamped Return Manila Envelope

Copy:

MONICA RENEE WALLACE
POST OFFICE BOX 6894
KETCHIKAN, ALASKA        99901

Attachment: Same

Enclosure:  Copy of Witness List Attached To Stamped Return Manila Envelope

ELLIS LAW OFFICES, INC.

MOTION DISMISS 10/16/06 OPPOSITION

GERALD EDENSHAW vs. SAFEWAY INC.
1KE-05-205  CI

**EXHIBIT 121**
PAGE 1 OF 1 PAGE
PLAINTIFF EDENSHAW