```
 1  Peter R. Ellis
 2  ELLIS LAW OFFICES, INC.
 3  1285 Tongass Avenue
 4  Ketchikan, Alaska  99901
 5  907-225-9661 Office
 6  907-225-6086 Fax
 7  elo@kpunet.net
 8  Attorney for GERALD EDENSHAW
 9  Alaska Bar No. 6503008
```

10          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA AT
11                                  KETCHIKAN
12   GERALD EDENSHAW,                )
13          Plaintiff,               )
14      vs.                          )
15   SAFEWAY, INC., CARRS            )
16   QUALITY CENTER and SAFEWAY      )
17   FOOD & DRUG ,                   )
18          Defendants.              )  CASE NO. 5:05-CV-0005-RRB
19   _____ )

20      **OPPOSITION BY PLAINTIFF TO DEFENDANTS' MOTION**
21                **FOR SUMMARY JUDGMENT**

22   COMES NOW the above PLAINTIFF, GERALD EDENSHAW, through
23   Peter R. Ellis as counsel of ELLIS LAW OFFICES, INC. and
24   serves on DEFENDANTS this opposition to the DEFENDANTS'
25   Motion For Summary Judgment filed as of the date of October
26   3rd, 2006. This opposition is filed in accordance with an
27   Order entered herein granting Plaintiff an extension of time
28   in order to file the same and until October 31st, 2006.
29   Included herewith is the Affidavit of Plaintiff and a
30   Memorandum of Law.

31              DATE:    OCTOBER 27, 2006

32              PETER R. ELLIS of ELLIS LAW OFFICES, INC.
33              As Counsel for GERALD EDENSHAW

34              By_____

35              Peter R. Ellis  Alaska Bar No. 6503008

ELLIS LAW OFFICES, INC.                PLAINTIFF OPPOSITION TO MOTION SUMMARY JUDGMENT OF 10-03
1285 TONGASS AVENUE                    GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
Ketchikan, Alaska 99901                                               OCTOBER 27, 2006

907-225-9661 FAX 907-225-6086                                  Personal Injury Slip & Fall

elo@kpunet.net-2        CASE NO. 5:05-CV-0005-RRB              E105P016.SAM

```
 1    CERTIFICATE OF SERVICE

 2    THIS IS TO CERTIFY that pursuant
 3    to    this    certificate    the
 4    undersigned has transmitted to
 5    the Court by CM/ECF and to the
 6    office listed below the foregoing
 7    document   and   any   documents
 8    hereinafter listed in accordance
 9    with the following, to-wit:

10    PAUL  M.  HOFFMAN
11    ROBERTSON, MONAGLE
12       & EASTAUGH, P.C.
13    9360 GLACIER HWY., SUITE 202
14    JUNEAU, ALASKA 99802

15    DOCUMENTS:

16       OPPOSITION TO MOTION FOR
17          SUMMARY JUDGMENT

18       MEMORANDUM OF LAW
19          IN SUPPORT

20       AFFIDAVIT OF GERALD EDENSHAW

21    MANNER OF SERVICE:

22       CM/ECF           [ YES ]
23          pmhoffman@romea.com

24       MAIL             [ NO ]
25       FAX              [ NO ]

26    DATE: 10/27/06.
27
28    ELLIS LAW OFFICES, INC.
29
30    By  /s/ Jeri Lester

31       Jeri Lester
```

ELLIS LAW OFFICES, INC.
1285 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086

elo@kpunet.net-3

PLAINTIFF OPPOSITION TO MOTION SUMMARY JUDGMENT OF 10-03
GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
OCTOBER 27, 2006

Personal Injury Slip & Fall

CASE NO. 5:05-CV-0005-RRB        E105P016.SAM

```
1  Peter R. Ellis
2  ELLIS LAW OFFICES, INC.
3  1285 Tongass Avenue
4  Ketchikan, Alaska  99901
5  907-225-9661 Office
6  907-225-6086 Fax
7  elo@kpunet.net
8  Attorney for GERALD EDENSHAW
9  Alaska Bar No. 6503008
```

10   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA AT
11                              KETCHIKAN

12   GERALD EDENSHAW,              )
13              Plaintiff,         )
14        vs.                      )
15   SAFEWAY, INC., CARRS          )
16   QUALITY CENTER and SAFEWAY    )
17   FOOD & DRUG ,                 )
18              Defendants.        )  CASE NO. 5:05-CV-0005-RRB
19   _____   )

20   **PLAINTIFF AFFIDAVIT ACCIDENT CIRCUMSTANCES**

21   STATE OF ALASKA         )
22                           )  ss:    AFFIDAVIT
23   FIRST DISTRICT          )

24   THE UNDERSIGNED AFFIANT GERALD EDENSHAW being first duly
25   sworn under oath deposes and states the following, to-wit:

26   1.0   That I am the Plaintiff in the above action and
27   make this affidavit to set forth my present and past
28   recollection of the events that occurred at the time of my
29   slip and fall on the Safeway premises.

30   2.0   Monica Wallace had proceeded me through the check
31   stand and I was following her and charged with carrying
32   the purchased groceries in plastic carry bags.  I picked
33   up the bags from the checkout stand and turned to see her
34   standing by the door and headed in her direction.

ELLIS LAW OFFICES, INC.                PLAINTIFF OPPOSITION TO MOTION SUMMARY JUDGMENT OF 10-03
1285 TONGASS AVENUE                    GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
Ketchikan, Alaska 99901                                         OCTOBER 26, 2006

907-225-9661 FAX 907-225-6086                                        Personal Injury Slip & Fall

elo@kpunet.net-4           CASE NO. 5:05-CV-0005-RRB              E105P016.SAM

1  3.0   As I started toward Monica I felt something under
2  my foot and at that point I slipped and fell not knowing
3  what it was that I had encountered on the floor.

4  4.0   Upon falling I struggled back on my feet and in a
5  bit of an embarassed state headed for the door exit with
6  Monica having left to get the car under the apparent
7  assumption that since I was back on my feet I could
8  proceed which I did.

9  5.0   I found Monica waiting for me with the car and I
10 managed to open the door and climb in but with pain in
11 both my left ankle and knee.  I told her that I was
12 apparently injured from the fall and asked her to go back
13 in and tell a Safeway employee of my problem.

14 6.0   She came back in a short while and told me that the
15 Safeway employee she had talked to told her to take me to
16 the hospital emergency room which then took place.

17 7.0   On arrival at the Ketchikan General Hospital I was
18 asked to explain what had happened and I related the fall
19 and the pain in my left ankle which, at that time, was the
20 most severe.  I did not also indicate the existence of
21 pain in my left knee due to the greater severity of the
22 ankle pain.

23 8.0   When, several months later, I fell when climbing
24 some stairs and went to the Native Health Clinic for
25 treatment, my complaint was as to left ankle pain having
26 re-occurred, with no associated pain symptoms in my left
27 knee.

28 9.0   It was only when continuing difficulties with my
29 left knee transpired that I concluded that a sufficient
30 problem existed that an examination by orthopedic surgeon
31 Schwartz was appropriate.  This was pursued in an effort
32 to finally diagnose this continuing knee problem. I
33 related to him that it had really only manifested itself
34 as a result of and since the Safeway slip and fall
35 accident.  His conclusion and recommendation was that

ELLIS LAW OFFICES, INC.
1285 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086

elo@kpunet.net-5

PLAINTIFF OPPOSITION TO MOTION SUMMARY JUDGMENT OF 10-03
GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
OCTOBER 26, 2006

Personal Injury Slip & Fall

CASE NO. 5:05-CV-0005-RRB         E105P016.SAM

1  surgery on the left knee was appropriate and I so agreed
2  to the same.

3  10.0   Leah Ibale, in the affidavit of 9-12-2006, states
4  at Page 2 and Paragraph 4, "The man tripped and fell and I
5  asked him if he was okay ... ". To the best of my
6  recollection no one asked me after the fall as to my
7  condition and I do not believe this remark occurred.

8  11.0   Lance D. Lyons, in his affidavit of 9-12-2006,
9  states at Page 2 and Paragraph 3, "... I had just crossed
10 this area of the floor 5 minutes before the customer fell,
11 and found it was clean and free of debris.  The customer
12 fell right behind me, which made a sound, so I immediately
13 turned around and saw the man jump right up and head out
14 the door."  I recall no store employee standing in front
15 of me as I recovered from the fall and I have no knowledge
16 of debris on the floor other than the object on which I
17 stepped.

18 12.0   Affiant has read and understands the foregoing
19 document.

20 13.0   The matters stated above are true and correct to
21 best of this affiant's belief.

22              AFFIANT GERALD EDENSHAW

23              By _____

24              GERALD EDENSHAW

25 SUBSCRIBED AND SWORN to before the undersigned Notary Public
26 for the State of Alaska or Postmaster and as of the date of
27 Thursday, October 26, 2006.

28              NOTARY PUBLIC FOR ALASKA

29              By _____

30                  Jerilyn Lester
31              Commission Expires: 03-06-2010

ELLIS LAW OFFICES, INC.
1285 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086

elo@kpunet.net-6

PLAINTIFF OPPOSITION TO MOTION SUMMARY JUDGMENT OF 10-03
GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
OCTOBER 26, 2006

Personal Injury Slip & Fall

CASE NO. 5:05-CV-0005-RRB

E105P016.SAM

```
 1  Peter R. Ellis
 2  ELLIS LAW OFFICES, INC.
 3  1285 Tongass Avenue
 4  Ketchikan, Alaska  99901
 5  907-225-9661 Office
 6  907-225-6086 Fax
 7  elo@kpunet.net
 8  Attorney for GERALD EDENSHAW
 9  Alaska Bar No. 6503008
```

10      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA AT
11                                KETCHIKAN
12  GERALD EDENSHAW,              )
13            Plaintiff,          )
14       vs.                      )
15  SAFEWAY, INC., CARRS          )
16  QUALITY CENTER and SAFEWAY    )
17  FOOD & DRUG ,                 )
18            Defendants.         )  CASE NO. 5:05-CV-0005-RRB
19  _____  )

20      **PLAINTIFF MEMORANDUM OF LAW IN OPPOSITION**
21      **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

22  COMES NOW the above PLAINTIFF, GERALD EDENSHAW, through
23  Peter R. Ellis as counsel of ELLIS LAW OFFICES, INC. and
24  serves on DEFENDANTS this Memorandum Of Law  in opposition
25  to the DEFENDANTS' Motion For Summary Judgment and submits
26  the following for filing:

27                    **1.0 Statement Of Facts:**

28  The factual background set forth by the DEFENDANTS consists
29  of an 8 page background constructed pursuant to interviews
30  and statements prepared and put together as to the accounts
31  of Safeway employees reference their unsuccessful search for

ELLIS LAW OFFICES, INC.          PLAINTIFF OPPOSITION TO MOTION SUMMARY JUDGMENT OF 10-03
1285 TONGASS AVENUE              GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
Ketchikan, Alaska 99901                              OCTOBER 27, 2006

907-225-9661 FAX 907-225-6086                                    Personal Injury Slip & Fall

elo@kpunet.net-7         CASE NO. 5:05-CV-0005-RRB              E105P016.SAM

1   the object on which Plaintiff slipped and which had been
2   seen by Plaintiff witness Wallace.

3   The existence of an object has been established by Monica
4   Wallace and her testimony relates directly to her view of
5   Edenshaw's recovery from his fall. DEFENDANTS' Memorandum of
6   Law, Monica Wallace deposition attachment, page 12 line 22
7   to page 14 line 26, and page 17 line 11 to page 18 line 3.
8   No contradictory evidence exists as to the nature or
9   existence of an object clearly observed at the time of the
10  accident other than the Safeway employees failure to find an
11  object.

12  It would appear that a diligent search took place and the
13  failure to recover the object seen by witness Wallace does
14  nothing more than establish a lack of recovery.  The
15  factual truth of having seen an object remains.  It is for
16  a jury to determine the credibility of witness Wallace and
17  to evaluate her testimony as well as that of Edenshaw that
18  he did step on and trip over an unknown object which he
19  believed caused his fall.

20              2.0   Points And Authorities:

21  The DEFENDANTS review of the burdens and obligations of the
22  moving party in a summary judgment posture coincide with
23  those of PLAINTIFF.  The position of PLAINTIFF is that a
24  question of fact remains and PLAINTIFF is entitled to have

ELLIS LAW OFFICES, INC.
1285 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086

elo@kpunet.net-8

PLAINTIFF OPPOSITION TO MOTION SUMMARY JUDGMENT OF 10-03
GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
OCTOBER 27, 2006

Personal Injury Slip & Fall

CASE NO. 5:05-CV-0005-RRB      E105P016.SAM

1   that question resolved by a jury at trial and that the
2   doctrine of res ipsa loquitor does also apply.

3   The DEFENDANTS assert a New York lower court decision as the
4   law that should be applied to a determination of the need
5   for a plaintiff to establish a failure to exercise
6   reasonable care in order to prevent injury. Booker v.
7   K-Mart Corporation, 805 N.Y.2d 226 (City Court, City of
8   Buffalo, 2004). DEFENDANTS lower trial court authority is
9   their precedent for requesting this Court to establish the
10  applicable law to be applied in the State of Alaska. The
11  citation is questionable in terms of being an unreported
12  decision which should not be relied upon for precedent. It
13  is particularly so when DEFENDANTS assert, and apparently
14  allege without proof, that PLAINTIFF perhaps "tripped over
15  his own feet" at page 14, line 9, of their memorandum.

16  Res Ipsa Loquitor most certainly does apply and the
17  DEFENDANTS must deal with a fall having occurred and an
18  object having been seen. The assertions of employee
19  diligence in failing to detect and discover the object seen
20  should not destroy it's existence and an ability to conclude
21  that both it's existence and the fall were the cause of the
22  accident.

23  The only citation of Alaska authority in terms of res ipsa
24  arises pursuant to a somewhat ancient 1958 territorial case
25  of Lucas v. City of Juneau, 168 F. Supp. 195, 198 (Alaska

ELLIS LAW OFFICES, INC.
1205 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086

elo@kpunet.net-9

PLAINTIFF OPPOSITION TO MOTION SUMMARY JUDGMENT OF 10-03
GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
OCTOBER 27, 2006

Personal Injury Slip & Fall

CASE NO. 5:05-CV-0005-RRB

E105P016.SAM

1  1958 that concerned a pencil object having been found on the
2  floor. The Court there declined to hold res ipsa had been
3  properly invoked but the details in it so doing are a bit
4  murky.  Here we deal with testimony as to an object having
5  been seen which was directly proximate to a fall having
6  occurred and that should be sufficient to shift the burden.
7  The extent to which Safeway can convince a jury as to the
8  magnitude of their inspection and cleanup efforts should be
9  left to a jury to decide.

10 At page 18, line 9 of DEFENDANTS' memorandum a reference is
11 made to "...As stated in McGlothin, supra".  A review of
12 the memorandum discloses that the reference and citation is
13 as to McGlothan v. Municipality of Anchorage, 991 P.2d 1273,
14 1277 (Alaska 1999) which appears at page 10, line 14.
15 Safeway's contention is that it has established a prima
16 facie case of an object not existing.  The evidence which
17 PLAINTIFF proposes to introduce certainly tends to dispute
18 the facts asserted by DEFENDANTS who ignore the obligation
19 to establish that a material issue of fact does not exist.

20         DATE:    OCTOBER 27, 2006

21         PETER R. ELLIS of ELLIS LAW OFFICES, INC.
22         As Counsel for GERALD EDENSHAW

23         By _____

24         Peter R. Ellis  Alaska Bar No. 6503008
25

ELLIS LAW OFFICES, INC.
1285 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086

elo@kpunet.net-10
E105P016.SAM

PLAINTIFF OPPOSITION TO MOTION SUMMARY JUDGMENT OF 10-03
GERALD EDENSHAW vs. SAFEWAY INC.; CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
OCTOBER 27, 2006

Personal Injury Slip & Fall

CASE NO. 5:05-CV-0005-RRB