IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GERALD EDENSHAW,<br><br>      Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC.,<br>CARR'S QUALITY CENTER, and<br>SAFEWAY FOOD & DRUG,<br><br>      Defendants. | Case No. 5:05-cv-0005-RRB<br><br><br>**ORDER DENYING MOTION<br>TO DISMISS** |

      Before the Court is Defendants' Motion to Dismiss Plaintiff's Claims at Docket 29. While Plaintiff may be precluded from calling witnesses at trial not listed on his final witness list or experts for whom disclosures were not made, he still may proceed to trial utilizing the evidence and witnesses properly disclosed. Defendants' motion is therefore **DENIED**.

      ENTERED this 3rd day of November, 2006.

                        s/RALPH R. BEISTLINE
                        UNITED STATES DISTRICT JUDGE