UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


EDENSHAW   v.   SAFEWAY, INC.

DATE:   December 1, 2006        CASE NO.   5:05-CV-0005-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION FOR RECONSIDERATION**

---

      The Court is in receipt of Defendant's Motion for Reconsideration at Docket 39. Pursuant to D. Ak. LR 59.1(d), Plaintiff has until **4:30 p.m.** on **Monday, December 11, 2006,** to file a response to Defendant's motion, after which the Court will take the matter under advisement.