Paul M. Hoffman, Esq.
Robertson, Monagle & Eastaugh
9360 Glacier Hwy., Suite 202
Juneau, AK  99801
(907) 586-3340 - phone
(907) 586-6818 - fax
pmhoffman@romea.com
Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT KETCHIKAN

| | |
|---|---|
| **GERALD EDENSHAW,**<br><br>                    Plaintiff,<br>    v.<br><br>**SAFEWAY, INC., CARR'S QUALITY CENTER and SAFEWAY FOOD & DRUG,**<br><br>                    Defendant. | **Case No. 5:05-CV-0005-RRB** |

### MOTION IN LIMINE RE EXPERT WITNESS

Safeway, Inc. moves the Court to limit the testimony of Dr. Bruce Schwartz at trial to that information revealed in the medical reports of Dr. Schwartz related to the left ankle and knee as provided to and received by Safeway before the date of Expert Witness Disclosures due from Plaintiff on or before September 24, 2006. This motion is supported by filed documents in this case and the Memorandum in Support of Motion in Limine re Expert Witness with attachments filed herewith.

ROBERTSON, MONAGLE & EASTAUGH

Dated Dec. 26, 2006          /s/ Paul M. Hoffman
                              Paul M. Hoffman, AK Bar No. 7410083
                              Attorneys for Defendant Safeway, Inc.

### CERTIFICATE OF SERVICE

On the 26th day of December 2006, I served a true and correct copy of the within Motion in Limine re Expert Witness upon the following attorney of record via the CM/ECF filing system and U.S. First Class Mail, postage pre-paid:

    Peter Ellis, Esq.
    1285 Tongass Avenue
    Ketchikan, AK  99901

and filed the original of same with the United States District Court at Ketchikan via the CM/ECF filing system.

      /s/ Anne O'Leary
    Anne O'Leary