Paul M. Hoffman, Esq.
Robertson, Monagle & Eastaugh
9360 Glacier Hwy., Suite 202
Juneau, AK 99801
Telephone: (907) 586-3340
Facsimile:  (907) 586-6818
e-mail: pmhoffman@romea.com
Attorneys for Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT KETCHIKAN

| | |
|---|---|
| **GERALD EDENSHAW,**<br><br>             Plaintiff,<br>     v.<br><br>**SAFEWAY, INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG,**<br><br>             Defendant. | **Case No. 5:05-CV-0005-RRB** |

### AFFIDAVIT OF PAUL M. HOFFMAN

STATE OF ALASKA             )
                            ) ss.
FIRST JUDICIAL DISTRICT     )

I, Paul M. Hoffman, being first duly sworn upon oath, depose and state as follows:

   1.   I am counsel for Safeway, Inc. in the above referenced action.

   2.   Attached to this affidavit as Exhibit A are the pages of the deposition of

Plaintiff, Gerald Edenshaw, where he stated and confirmed that the only injuries for

which he was making claim in this case are those to the left ankle and left knee.

3. Attached to this affidavit at Exhibit B is a list of the only medical records of Dr. Bruce Schwartz relating to Plaintiffs left ankle and knee that have been disclosed to Defendant.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 26th day of December, 2006.

BY: _____/s/Paul M. Hoffman_____
Paul M. Hoffman

SUBSCRIBED AND SWORN to before me this 26th day of December, 2006.

_____/s/ Anne O'Leary_____
Notary Public, State of Alaska
My Commission expires: __11-16-09__