```
                                                                    Page 1
 1             IN THE UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF ALASKA AT KETCHIKAN

 3   GERALD EDENSHAW              )
                                  )
 4                                )
               Plaintiff,         )
 5                                )
         vs.                      )
 6                                )
                                  )
 7   CARRS QUALITY CENTER and     )
     SAFEWAY FOOD & DRUG          )
 8                                )
               Defendant.         )   No.  5:05-CV-0005-RRB
 9   _____)   _____

10              DEPOSITION ON ORAL EXAMINATION

11                            OF

12                      GERALD EDENSHAW

13   _____
                        10:00 a.m.
14                  September 11, 2006
                    Best Western Hotel
15               The Landing Boardroom
                  3434 Tongass Avenue
16               Ketchikan, Alaska 99901

17

18

19

20

21

22

23

24

25
```

```
 1   A    Yes.  They've had several mistakes in regard to him and
 2        I.
 3   Q    When you say they you mean KIC.?
 4   A    Well, just, well, KIC people calling when I had a -- they
 5        call it colon collectomy (ph).  I was in the hospital and
 6        a lot of people got ticked off, you didn't tell me Gerry
 7        Edenshaw was in the hospital, and they came and said, oh,
 8        it's you?  Thanks a lot.
 9   Q    Okay.
10   A    Well, it was maybe not that bad though but you know they
11        said they were concerned because my father is like 70
12        years old.
13   Q    Right.
14   A    And he -- he's on oxygen 7/24, 24/7, whatever you want to
15        call it, pretty bad shape.
16   Q    Okay.  At this point so I don't you know, want to lose
17        time about things that are not involved in our case.....
18   A    Right, me either.
19   Q    Would you tell me what things in terms of medical
20        problems, health problems, pain that you have had or have
21        since May 10 of 2003 for which you are making a claim
22        here against Safeway?
23   A    It would be my left ankle and knee.  Mostly my knee.  I
24        had to have an arthroscopy done on it because of
25        cartilage tear.
```

Page 43

```
 1   Q    All right.  And those are the only two things, left ankle
 2        and knee, that's what we're going to talk about?
 3   A    That's all we're talking about, sir.
 4   Q    Because you've had right shoulder surgery, correct?
 5   A    I've had right and left.
 6   Q    And left?
 7   A    Yes.
 8   Q    Okay.  And you've had right leg or knee surgeries?
 9   A    The -- the knee was prior to 2003.
10   Q    Right.  On the right?
11   A    Roger that.
12   Q    Yeah.  And none of that is involved here in our case?
13   A    That's correct.
14   Q    All right.  So I'm going to just stick with talking about
15        the left ankle and left knee.
16   A    Yes.
17   Q    And then we got it covered?
18   A    Yes.
19   Q    All right.  Tell me how you hurt your knee in falling on
20        May 10, 2003.
21   A    It was a slip and fall and twist and my leg -- leg went
22        out and twisted slightly and it hurt my ankle mostly.  At
23        that time I thought it was just my ankle but with the leg
24        twisting like that, I know it hurt a little but I didn't
25        think it hurt it that much because I was mostly
```