**Exhibit B**
To Counsel Affidavit re Dr. Schwartz Medical Records

| | |
|---|---|
| May 23, 2003 | SE Orthopedics & Sports Medicine, Dr. C. Bruce Schwartz, 1 page<br>Notation re patient as "no show" |
| June 16, 2003 | SE Orthopedics & Sports Medicine, Dr. C. Bruce Schwartz, 1 page<br>Progress note of physical examination of shoulder injuries & patient statement of fall at Safeway |
| July 15, 2003 | SE Orthopedics & Sports Medicine, Dr. C. Bruce Schwartz, 1 page<br>Progress Note re telephone call to patient re shoulder injury, statement by patient regarding new problem with knee & ankle |
| Oct. 27, 2003 | SE Orthopedic Clinic, Dr. C. Bruce Schwartz, 2 pages<br>Narrative of physical examination of left shoulder and second issue of chronic knee pain stated to result from fall in grocery store |
| Nov. 5, 2003 | Ketchikan General Hospital, Dr. Vicki Malurkar per Dr. Schwartz, 2 pages<br>MRI left knee wo contrast |
| Nov. 7, 2003 | Ketchikan Indian Corporation, Dr. C. Bruce Schwartz, 1 page<br>record of prescriptions for Oxycodone for left shoulder pain, Vicodin (Hydrocodone) for left knee |
| Nov. 19, 2003 | SE Orthopedic Clinic, Dr. C. Bruce Schwartz, 1 page<br>Office visit note re telephone call with patient regarding MRI findings not correlating with symptoms, prescription called in |
| Dec. 8, 2003 | SE Orthopedic Clinic, Dr. C. Bruce Schwartz, 2 pages<br>Office visit note re shoulder improved, left knee pain continues with statement re knee pain result of fall in grocery store and left ankle sprain resolved |
| Dec. 30, 2003 | Ketchikan General Hospital, Dr. C. Bruce Schwartz, 2 pages<br>Physical examination narrative re patient present for examination for arthroscopy of left knee |
| Jan. 26, 2004 | SE Orthopedic Clinic, Dr. C. Bruce Schwartz, 1 page<br>Office visit note re patient evaluated for arthroscopy of left knee |
| Jan. 27, 2004 | Ketchikan General Hospital, Dr. C. Bruce Schwartz, 2 pages<br>Physical examination prior to arthroscopy of left knee |
| Jan. 27, 2004 | Ketchikan General Hospital, Dr. C. Bruce Schwartz, 2 pages<br>Operative report re arthroscopy of left knee |
| March 1, 2004 | SE Orthopedic Clinic, Dr. C. Bruce Schwartz, 1 page<br>Office visit note re post operative examinations of left knee, left shoulder |