1 Peter R. Ellis
2 ELLIS LAW OFFICES, INC.
3 1285 Tongass Avenue
4 Ketchikan, Alaska  99901
5 907-225-9661 Office
6 907-225-6086 Fax
7 elo@kpunet.net
8 Attorney for GERALD EDENSHAW
9 Alaska Bar No. 6503008

10 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA AT

11                          KETCHIKAN

12 GERALD EDENSHAW,              )
13              Plaintiff,       )
14        vs.                    )
15 SAFEWAY, INC., CARRS          )
16 QUALITY CENTER and SAFEWAY    )
17 FOOD & DRUG ,                 )
18              Defendants.      )   CASE NO. 5:05-CV-0005-RRB
19 _____ )

20      PLAINTIFF RESPONSE TO DEFENDANT MOTION IN
21           LIMINE AS TO EXPERT WITNESS

22 COMES NOW the above PLAINTIFF, GERALD EDENSHAW, through

23 Peter R. Ellis as counsel of ELLIS LAW OFFICES, INC., and

24 serves on DEFENDANTS this Response to Defendants' Motion In

25 Limine Re Expert Witness filed electronically under date of

26 December 26, 2006.


27 1.0    Testimony on behalf of Plaintiff and by plaintiff

28 witness Schwartz should not be limited at this point in time

29 and for several reasons.


30 2.0    To the extent that the motion is appropriate it's

31 consideration should be delayed to a point in time when a

ELLIS LAW OFFICES, INC.              PLAINTIFF RESPONSE TO DEFENDANT MOTION IN LIMINE
1285 TONGASS AVENUE          GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
Ketchikan, Alaska 99901                          JANUARY 5, 2007

907-225-9661 FAX 907-225-6086                                    PAGE 1

elo@kpunet.net-1              CASE NO. 5:05-CV-0005-RRB

E105P021.SAM

1   trial date has been set and the outcome of Defendants'

2   efforts for certification to the Alaska Supreme Court are

3   known.

4   3.0     Plaintiff would intend and does desire to pursue a

5   further examination by Schwarz at a date not later than 90

6   days prior to a trial date and for the purpose of both

7   measuring the extent of disability and determining whether

8   an opinion as to further surgery on the knee is warranted in

9   view of the time transpiring between the original injury and

10   the time of trial herein.  A future look at those physical

11   condition  circumstances prior to trial is appropriate in

12   terms of any Plaintiff prospects for further treatment and

13   his disability status at that point in time.

14   4.0     The current certification efforts by Defendants, if

15   granted, may well decide the ultimate outcome of this

16   proceeding.  If certification is granted a decision by the

17   Alaska Supreme Court is months and more likely years away.

18   If this matter does eventually go to trial the Plaintiff

19   should not be deprived of his right and opportunity to

20   present to a jury his physical condition and prognosis at

21   that point in time.

22   5.0     The Defendants' are at all times free to depose Dr.

23   Schwarz and Plaintiff specifically waives any right to

24   assert that any future deposition should be precluded for

25   any reason.   The contemplated examination, which has not

ELLIS LAW OFFICES, INC.          PLAINTIFF RESPONSE TO DEFENDANT MOTION IN LIMINE
1285 TONGASS AVENUE         GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
Ketchikan, Alaska 99901                 JANUARY 5, 2007

907-225-9661 FAX 907-225-6086               PAGE 2

elo@kpunet.net-2          CASE NO. 5:05-CV-0005-RRB

E105P021.SAM

1    been scheduled, will simply be for the purpose of evaluating

2    the physical condition of the Plaintiff at that future point

3    in time and whether additional surgery by the treating

4    physician might be contemplated.

5    6.0    Schwartz medical reports consist of those itemized

6    by the Defendants' and nothing more.  The Plaintiff has

7    nothing further to disclose and there has been no contact

8    with Schwartz in terms of future or potential testimony.

9    Such contact will not occur until a trial date is set and

10   the prospect of trial would appear to be imminent and

11   Plaintiff will keep Defendants advised as soon ss such

12   contact occurs.

13   WHEREFORE the Plaintiff requests that the Defendants' Motion

14   In Limine be denied without prejudice to re-assert the same

15   in the event that discovery depositions, or any forthcoming

16   reports which evolve therefrom, are, in the belief of

17   Defendants', of sufficient content to again assert a right

18   of limitation.

19                 DATE:        JANUARY 5, 2007

20                 PETER R. ELLIS of ELLIS LAW OFFICES, INC.
21                 As Counsel for GERALD EDENSHAW

22                 By_____

23                 Peter R. Ellis Alaska Bar No. 6503008
24

ELLIS LAW OFFICES, INC.                 PLAINTIFF RESPONSE TO DEFENDANT MOTION IN LIMINE
1285 TONGASS AVENUE              GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
Ketchikan, Alaska 99901                           JANUARY 5, 2007

907-225-9661 FAX 907-225-6086                                    PAGE 3

elo@kpunet.net-3               CASE NO. 5:05-CV-0005-RRB

E105P021.SAM

1    CERTIFICATE OF SERVICE

2    THIS IS TO CERTIFY that pursuant
3    to   this   certificate   the
4    undersigned has transmitted to
5    the Court by CM/ECF and to the
6    office listed below the foregoing
7    document  and  any  documents
8    hereinafter listed in accordance
9    with the following, to-wit:

10   PAUL M. HOFFMAN
11   ROBERTSON, MONAGLE
12      & EASTAUGH, P.C.
13   9360 GLACIER HWY., SUITE 202
14   JUNEAU, ALASKA 99802

15   DOCUMENTS:

16     RESPONSE TO MOTION IN LIMINE

17   MANNER OF SERVICE:

18     CM/ECF         [ YES ]
19       pmhoffman@romea.com

20     MAIL           [ NO ]
21     FAX            [ NO ]

22   DATE: 01/05/07.
23
24   ELLIS LAW OFFICES, INC.
25

26   By _____

27        Jeri Lester

ELLIS LAW OFFICES, INC.
1285 TONGASS AVENUE
Ketchikan, Alaska 99901

907-225-9661 FAX 907-225-6086

elo@kpunet.net-4

E105P021.SAM

PLAINTIFF RESPONSE TO DEFENDANT MOTION IN LIMINE
GERALD EDENSHAW vs. SAFEWAY INC., CARRS QUALITY CENTER and SAFEWAY FOOD & DRUG
JANUARY 5, 2007

PAGE 4

CASE NO. 5:05-CV-0005-RRB