UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>EDENSHAW</u>   v.   <u>SAFEWAY</u>

DATE:   <u>January 19, 2007</u>     CASE NO.   <u>5:05-CV-0005-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REGARDING MOTION IN LIMINE**

---

      Defendant's Motion in Limine at Docket 43 is hereby **DENIED** without prejudice.  The matter can be raised again and the parameters of Dr. Schwartz's testimony determined once the date for trial has been established.

M.O. RE MOTION IN LIMINE