## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA


 EDENSHAW  v.  SAFEWAY 

DATE:   January 19, 2007    CASE NO.   5:05-CV-0005-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **REGARDING MOTION IN LIMINE**

═══════════════════════════════════════════════════════════

        Defendant's Motion in Limine at Docket 43 is hereby
**DENIED** without prejudice.  The matter can be raised again and the
parameters of Dr. Schwartz's testimony determined once the date for
trial has been established.