UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GERALD EDENSHAW   v.   SAFEWAY, INC., CARR'S QUALITY CENTER

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                              CASE NO. 5:05-CV-0005 (RRB)

John W. Erickson, Jr.                         DATE: January 23, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
                GRANTING DEFENDANT'S MOTION TO CERTIFY QUESTION**

Before the Court at **Docket 46** is Defendant Safeway, Inc., Carr's Quality Center and Safeway Food & Drug ("Defendant") with an unopposed Motion to Certify Question of State Law to the Alaska Supreme Court. Inasmuch as the Court concludes the motion is both well-reasoned and supported by the facts and law, it is hereby **GRANTED**.

Pursuant to Alaska Rule of Appellate Procedure 407, and because it appears to the Court that there is no controlling precedent in the decisions of the Alaska Supreme Court, the Court certifies the following question to the Alaska Supreme Court:

> **Is actual or constructive notice that an unsafe condition exists an element of a prima facie case in an action against a grocery store owner in slip and fall cases?**

The Clerk of the U.S. District Court for the District of Alaska is directed to forward this order, along with a copy of Docket 46, to the Alaska Supreme Court under the Court's official seal. It is so **ORDERED**.