# In the Supreme Court of the State of Alaska

| | |
|---|---|
| **Gerald Edenshaw,** | Supreme Court No. **S-12583** |
| Plaintiff, | |
| v. | **Order** |
| | Certified Question |
| **Safeway, Inc., Carr's Quality Center,** | Appellate Rule 407 |
| Defendant. | Date of Order: **March 21, 2007** |

US District Court Case No. **5: 05-CV-0005 (RRB)**

Before:   Fabe, Chief Justice, and Matthews, Eastaugh, Bryner, and Carpeneti, Justices

On consideration of the order certifying the question to the Alaska Supreme Court, filed on **January 30, 2007**,

**IT IS ORDERED**:

1. The request is **GRANTED**. The Alaska Supreme Court will answer the question.

2. Formal briefs conforming to Appellate Rule 212 and excerpts conforming to Appellate Rule 210 shall be filed. The parties may include in their excerpts copies of any materials from the United States District Court file they deem indispensible. Unless otherwise ordered by this court, the excerpts and the United States District Court order (including attachment) will serve as this court's record for purposes of answering the certified question.

3. Edenshaw's opening brief and excerpt ( two unbound copies of the brief and one unbound copy of the excerpt) shall be served and filed on or before **April 23, 2007**. Briefing and excerpting shall thereafter proceed on the schedule prescribed in Appellate Rule 212(a)(1).

The brief, including text and any footnotes, must comply with the requirements of Appellate Rule 212 and 513.5, including typeface size and typeface certificate requirements of AR 513.5(c). The excerpt must comply with the requirements of Appellate Rule 210(c) and the Clerk's Instructions for Preparation of Excerpts (an Appendix to the Appellate Rules).

4.  Either party may request oral argument within the time allowed by Appellate Rule 505.

Entered by direction of the court.

Clerk of the Appellate Courts

Lori A. Wade, Chief Deputy Clerk

cc:   Supreme Court Justices
      Judge Ralph R. Beistline
      U.S. District Court Clerk

Distribution:

Paul M Hoffman
Robertson Monagle & Eastaugh
9360 Glacier Hwy Suite 202
Juneau AK 99802

Peter R. Ellis
Ellis Law Office, Inc.
1285 Tongass Avenue
Ketchikan AK 99901