IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT KETCHIKAN

| | |
|---|---|
| **GERALD EDENSHAW,**<br>Plaintiff,<br>v.<br>**SAFEWAY, INC., CARR'S QUALITY CENTER and SAFEWAY FOOD & DRUG,**<br>Defendant. | **CASE NO. K05-0005CV (RRB)** |

## NOTICE OF CHANGE OF NAME

**COMES NOW,** Defendant Safeway, Inc., by and through its counsel of record, Paul M. Hoffman of Robertson Monagle & Eastaugh, PC, and files its notice of change of name and requests all parties hereto to amend their records to show defendant's counsel is as follows:

Hoffman Silver Gilman & Blasco, PC
9360 Glacier Hwy., Ste. 202
Juneau, AK 99801
Ph.: 907-586-3340
Fx.: 907-586-6818

DATED this 5th day of March, 2008.

HOFFMAN SILVER GILMAN & BLASCO, P.C.

By: ______________________
Paul M. Hoffman, ABA #7410083
Of Attorneys for Safeway, Inc.

HOFFMAN SILVER GILMAN & BLASCO, P.C.
9360 GLACIER HWY, SUITE 202
JUNEAU, ALASKA 99801
PHONE: (907) 586-3340 • FAX (907) 586-6818

HOFFMAN SILVER GILMAN & BLASCO, P.C.
9360 GLACIER HWY. SUITE 202
JUNEAU, ALASKA 99801
PHONE: (907) 586-3340 • FAX (907) 586-6818

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 5th day of March 2008 the foregoing Notice of Change of Name was filed with the U.S. District Court for the State of Alaska at Ketchikan by First Class Mail and a true and correct copy of same was served upon the following party via First Class Mail, postage-prepaid:

Peter R. Ellis, Esq.
Ellis Law Offices, Inc.
1285 Tongass Avenue
Ketchikan, AK 99901

Anne O'Leary

Notice of Change of Name, Edenshaw v. Safeway
USDC Case No. K05-0005CV (RRB)
Page 2 of 2