Case 5:05-cv-00005-RRB   Document 53   Filed 07/24/2008   Page 1 of 1

RECEIVED
JUL 1 8 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# Order Regarding Fees and Costs

**Gerald Edenshaw v. Safeway, Inc., Carr's Quality Center**

Supreme Court No. **S-12583**

Date of Order: **7/3/08**

      Each party is to bear its own costs and attorney's fees in the supreme court in this matter.

Entered at the direction of an individual justice on **7/3/08**.

                            Clerk of the Supreme Court

                            *Beth A. Pechota*
                            Beth A. Pechota, Deputy Clerk

cc:    Authoring Justice
        U.S. District Court Clerk

Distribution:

    Amy Gurton Mead
    Hoffman Silver Gilman & Blasco, P.C.
    9360 Glacier Hwy, Ste. 202
    Juneau AK 99801

    Peter R. Ellis
    Ellis Law Office, Inc.
    1285 Tongass Avenue
    Ketchikan AK 99901

    Jack B. McGee
    445 Nelson
    Juneau AK 99801